1
2                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
3    **BRUNILDA VALLECASTRO**            **CASE NO.:** 13CV 1441SRU
4            Plaintiff,
5       v.                              15 U.S.C §1692 *et seq.*
                                        CGS §36a-800 *et seq.*
6
7    **TOBIN, MELIEN & MAROHN,**                          2013 SEP 30 P 3: 53
     **WILLIAM L. MAROHN** *a natural person,*
8    **JOSEPH M. TOBIN** *a natural person,*
     **JACK KENDRICK** *a natural person,*                US DISTRICT COURT
9    **KATHLEEN A. JOHNSON** *a natural person,*          HARTFORD CT
     **GABRIELA VIVIAN** *a natural person*
10                                       **TRIAL BY JURY REQUESTED**
             Defendant.
11                                                                    FILED
12
                              **NATURE OF ACTION**
13
14       1. Plaintiff, BRUNILDA VALLECASTRO ("PLAINTIFF"), individually, hereby sues

15   Defendant(s) TOBIN, MELIEN & MAROHN ("TMM"), WILLIAM L. MAROHN, a natural

16   person ("MAROHN"), JOSEPH M. TOBIN a natural person (TOBIN"), JACK KENDRICK a

17   natural person ("KENDRICK"), KATHLEEN A. JOHNSON a natural person ("JOHNSON"),

18
     and GABRIELA VIVIAN a natural person VIVIAN") for violations of the Fair Debt
19
20   Collections Practices Act ("FDCPA") 15 U.S.C. §1692 *et seq.* for violations Creditor's

21   Collection Practice Act ("CCPA") Conn. Gen. Stat. Sec. §36a-§800 *et seq.* Plaintiff seeks to

22   recover statutory/monetary damages from each defendant pursuant to the alleged misconduct in

23
     defendants' pursuit of an alleged obligation.
24
                              **JURISDICTION & VENUE**
25
26       2. The jurisdiction of this Court is conferred by 15 U.S.C. §1692k(d); and 28

27   U.S.C.§1331, and 28 U.S.C. §1337

28   PLANTIFF'S COMPLAINT                          Brunilda ValleCastro
     - 1                                           66 Montowese St.
                                                   Hartford, CT 06114
                                                   +305.897.0449 phone

3. Venue is proper in this District pursuant to 28 U.S.C. §1391(b), where the acts and transactions giving rise to Plaintiff's action occurred in this district where Plaintiff resides.

## PARTIES

4. Plaintiff is a natural person and is a resident of Hartford, Connecticut.

5. Plaintiff is a consumer and, according to Defendant TMM, owes a debt as defined in 15 U.S.C.§ 1692 a(3) and is a consumer debtor as defined at CCPA, Conn. Gen. Stat. §36a-645.

6. Defendant TMM is a Debt Collector at FDCPA, 15 U.S.C. §1692a(6).

7. Defendant TMM is a law firm with its address at 45 Court Street, New Haven, CT 0651.

8. Defendant MAROHN is a Debt Collector at FDCPA, 15 U.S.C. §1692a(6).

9. Defendant TOBIN is a Debt Collector at FDCPA, 15 U.S.C. §1692a(6).

10. Defendant KENDRICK is a Debt Collector at FDCPA, 15 U.S.C. §1692a(6).

11. Defendant JOHNSON is a Debt Collector at FDCPA, 15 U.S.C. §1692a(6).

12. Defendant VIVIAN is a Debt Collector at FDCPA, 15 U.S.C. §1692a(6).

## FACTUAL ALLEGATIONS

13. This complaint is brought within 1 year at FDCPA at 15 U.S.C. §1692k(d)

14. This complaint is brought within 1 year at Conn. Gen. Stat. §36a-648(d)

15. Material to this complaint, the alleged debt owed was regarding a consumer debt incurred for personal, family or household purposes ("obligation").

16. The consumer protection statutes invoked in this action were contemplated, in both spirit and substance by the legislative and judicial bodies, to apply to the least sophisticated consumer.

Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114
+305.897.0449 phone

17. The consumer protection statutes invoked in this action were contemplated, in both spirit and substance by the legislative and judicial bodies, to protect both individuals and consumers against unlawful debt collection practices.

18. Plaintiff has relied on the protections of said consumer statutes for both herself and other individuals in Connecticut who maybe similarly situated.

19. As a consequence of the alleged activity herein, Plaintiff has relied on the exhaustive research and concerns raised by the Federal Trade Commissions' 2013 Debt Buyers Report. [http://www.ftc.gov/opa/2013/01/debtbuyer.shtm ]

20. At a time prior to the initiation of Defendant[s] dunning letter, Defendant(s) MAROHN, TOBIN and JOHNSON (as officer's of the legal system) agreed, pledged or otherwise acknowledged the *Connecticut Code of Professional Conduct* as so stated in *The Connecticut Practice Book* wherein the preamble of said document delineates an attorney as, " *an officer of the legal system and a public citizen having special responsibility for the quality of justice.*" [http://www.law.cornell.edu/ethics/ct/code/]

21. Attorneys were included within the FDCPA when Congress found that *"[c]learly, bar associations have failed to fulfill their obligations underlying the premise of the attorney exemption [from the FDCPA]. There is no indication that this is about to change. Having undermined the basis for the exemption, attorneys cannot complain about being brought under the Act."* H.R. Rep. No. 405 at 7, reprinted in 1986 U.S.C.C.A.N. at 1757. See also Congressman Annunzio's statement on the floor of Congress at 131 Cong. Rec. at H10535.

22. Defendant MAROHN is a partner and/or attorney, who supervised, controlled, managed, ratified, and participated in the debt collection efforts at issue herein.

23. Defendant TOBIN is a partner and/or attorney, who supervised, controlled, managed,

PLANTIFF'S COMPLAINT
- 3

Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114
+305.897.0449 phone

ratified, and participated in the debt collection efforts at issue herein.

24. Defendant JOHNSON is an attorney and/or agent and/or employee (or otherwise material accomplice), who supervised, controlled, managed, ratified, and participated in the debt collection efforts at issue herein.

25. Defendant KENDRICK is an agent and/or employee, (or otherwise material accomplice), who supervised, controlled, managed, ratified, and participated in the debt collection efforts at issue herein.

26. Defendant VIVIAN is an agent and/or employee, (or otherwise material accomplice), who supervised, controlled, managed, ratified, and participated in the debt collection efforts at issue herein.

27. Upon information and belief, at all times material to the debt collection activities alleged herein, Defendant TMM was in the business of collecting on an alleged obligation on behalf of themselves and/or an undisclosed party.

28. Upon information and belief, Defendants, TMM, MAROHN, TOBIEN, JOHNSON, KENDRICK and VIVIAN ("Defendant[s]", unless otherwise named individually for specificity) are working together in order to collect an alleged obligation by means of interstate commerce, including the mails, phones, forms, etc. from Plaintiff.

29. A consumer is more likely to make payment(s) if the party attempting to collect conceals that it is the owner of the account rather than an unrecognized debt buyer whose ownership of the account may be doubtful.

30. On or around May 2nd 2013, Defendant TMM sent Plaintiff a request for payment regarding an alleged obligation in a letter ("dunning letter") via US Mail. [Exhibit A]

PLANTIFF'S COMPLAINT
- 4

Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114
+305.897.0449 phone

31. The dunning letter was addressed to, *"CASTRO BRUNILDA VALLE."*

32. The dunning letter states in relevant part, *"OUR FILE NUMBER: 13-01378-0"*

33. The dunning letter states in relevant part, *"REFERRED BALENCE: $45,731.68"*

34. The dunning letter states in relevant part, *"IF THE CONSUMER (YOU) NOTIFIES THE DEBT COLLECTOR (US) IN WRITING WITHIN THE THIRTY (30) DAY PERIOD...UPON THE CONSUMER'S (YOUR) WRITTEN REQUEST WITHIN THE THIRTY (30) DAY PERIOD, THE DEBT COLLECTOR (US) WILL PROVIDE THE CONSUMER (YOU) WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR."*

35. The dunning letter states in relevant part, *"Please be advised that our office represents GE Capital Retail Bank in connection with the collection of the account referenced above."*

36. The dunning letter states in relevant part, *"Please forward your check or money order for the above amount listed as OUTSTANDING BALANCE payable to Tobin Melien & Marohn Trustees, to the above address. Please indicate OUR FILE NUMBER, as stated above, on all remittances and correspondences to our office."*

37. The dunning letter contains a "mini miranda" which states, *"THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS IS A COMMUNICATION FROM A DEBT COLLECTOR."*

38. Defendant[s] have provided Plaintiff a form so as to have Plaintiff rely on the veracity therein which Defendant[s] knew or should have known to be false.

39. The dunning letter identifies Defendant TMM as acting on behalf of GE Capital Retail Bank which is false.

PLANTIFF'S COMPLAINT
- 5

Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114
+305.897.0449 phone

40. The dunning letter misidentifies Plaintiff's name in an attempt to intentionally mislead or otherwise confuse Plaintiff.

41. The dunning letter refers to a file number with no degree of specificity so as to intentionally mislead or otherwise confuse Plaintiff.

42. Plaintiff does not have an obligation or an *"account referenced above"* with GE Retail Bank as alleged by Defendant[s] dunning letter.

43. The dunning letter refers to a *"REFERRED BALANCE"* and subsequently refers to an *"OUTSTANDING BALANCE...as listed above"* when no such outstanding balance is referenced above so as to intentionally mislead Plaintiff.

44. The dunning letter fails to identify if the alleged obligation is within the statute of limitations thereby obscuring the legal status of said obligation.

45. The dunning letter states, so as to direct Plaintiff, that the notification within 30-days is to be written and/or otherwise omits that such 30-day notification could be done orally or by phone.

46. The dunning alleges that Defendant TMM are *"trustees"* for GE Capital Retail Bank; where no such agency exist relative to the pending issue material herein.

47. The dunning alleged Defendant TMM was acting on behalf of an alleged Original Creditor, in order to elicit payment of a presumably recognized account.

48. In the collection efforts, the Defendant[s] dunning letter violated the FDCPA, § 1692e, -e(2), -e(11), -f, -f(1), –g(a)(3), j the parallel provisions of the CCPA and has demonstrated a conduct that a reasonable person would find unfair and/or deceptive.

49. On or around May 13th 2013, Plaintiff sent Defendant TMM a letter in response to Defendant's initial dunning letter via US Certified Mail – 7012 3460 0001 8981 6877. [Exhibit

Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114
+305.897.0449 phone

B]

50. Plaintiff's 1st response letter states in relevant part, *"Notice to Agent is Notice to Principle – Notice to Principle is Notice to Agent."*

51. Plaintiff's 1st response letter expressed confusion over the lack of specificity of Defendant[s] dunning letter.

52. Plaintiff's 1st response letter states in relevant part, *"I am disputing the validity of this debt in its entirety."*

53. Defendant[s] alleged they were acting for the alleged Original Creditor, in order to elicit payment(s) of a presumably recognized account.

54. On or around June 14th 2013, Defendant TMM sent Plaintiff a letter in response to Plaintiff's May 13th 2013 communication ("Affidavit"). [Exhibit C]

55. The letter referencing the affidavit states in relevant part, *"ACCOUNT NUMBERS(S) XX6493".*

56. The affidavit alleges a Mr. Jack Kendrick as an officer/agent of GE CAPITAL RETAIL BANK and deponent.

\*          \*          \*          \*

57. The affidavit is entitled, ***"AFFIDAVIT OF VERIFICATION IN RESPONSE TO DISPUTED DEBT"*** and states, *"The undersigned, being duly sworn, deposes and says:*

*1. That the Deponent is over the age of eighteen years and believes in the obligation of an oath and is familiar with the books and records of the Plaintiff, GE CAPITAL RETAIL BANK*

*2. That the said Defendant(s) CASTRO BRUNILDA VALLE is/are truly and validity indebted to the Plaintiff relative to a financial agreement (ACCOUNT/CHARGE OFF ACCOUNT NO: 766493)*

PLANTIFF'S COMPLAINT
- 7

Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114
+305.897.0449 phone

*3. The Plaintiff owns all rights, title and interest in the debt.*

*4. That according to Plaintiff's business records there is currently due a sum of $45, 731.68 in damages."*

*5. That although demand has been made, the Defendant(s) has/have failed , refused and/or neglected to pay same.*

*6. The forgoing matters are, to the best of my information and belief, true and correct."*

\*        \*        \*        \*

58. The document has a notary by Defendant Gabriela Vivian from Maricopa County in the State of Arizona.

59. The affidavit contains a cover letter with a "mini miranda" which states, ***"THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS IS A COMMUNICATION FROM A DEBT COLLECTOR."***

60. Defendant[s] have provided Plaintiff a form so as to have Plaintiff rely on the veracity therein which Defendant[s] knew or should have known to be false.

61. Defendant[s] affidavit references Plaintiff as "Castro Brunilda Valle" on an alleged account, after a communication where Defendant knew or should have known Plaintiff's name so as to mislead or otherwise confuse Plaintiff.

62. Defendant Jack Kendrick references first hand knowledge to an alleged account wherein Defendant references *"to the best of my information and belief"* and has done so without distinguishing which of the information is belief so as to obscure and/or otherwise mislead Plaintiff and any individual who would presumably rely on the veracity of said instrument.

Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114
+305.897.0449 phone

1

2      63. Defendants' TMM supporting affidavit alleged they were acting on behalf of an

3  alleged Original Creditor, in order to elicit payment(s) of a presumably recognized account.

4
       64. Defendant Jack Kendrick can not serve as a competent fact witness on behalf of GE
5
6  CAPITAL RETAIL BANK regarding the Plaintiff's alleged obligation, as "sworn under oath"

7  because, according to Jack Kendrick's linkedin account, at or about the time of said statement

8  under oath, he was (and presumably still is) a , *"Litigation Specialist at GREEN TREE*

9  *SERVICING, LLC."* *[ www.linkedin.com/pub/jack-kendrick/1a/285/517 ]   [Exhibit F]
10

11      65. Defendant Jack Kendrick has acted with volition in an attempt to attain a judgment or

12  otherwise mislead Plaintiff as to the character, amount and/or legal status of the alleged

13
   obligation by providing a "sworn" statement in bad faith to then be utilized in a legal proceeding.
14
15      66. Defendant[s] references "business records" and fails to provide them so as to create a

16  false and misleading sense that said records are true, accurate and/or authentic.

17      67. Defendant[s] affidavit made two references in which Plaintiff was named
18
   "Defendant" rather than the word "debtor", which would be normally used so as to mislead or
19
20  otherwise intimidate Plaintiff.

21      68. Defendant[s] affidavit made two references in which Plaintiff was named a

22  "Defendant" so as to cause the impression that a legal proceeding is pending and as such served

23  to threaten and/or harass Plaintiff.

24
       69. Defendant[s] did not validate the alleged obligation pursuant to the statutes recited
25
26  herein and continued in their collection activity.

27

28
   PLANTIFF'S COMPLAINT                                    Brunilda ValleCastro
   - 9                                                     66 Montowese St.
                                                           Hartford, CT 06114
                                                           +305.897.0449 phone

1
2
3   70. Defendant VIVIAN is a notary in Arizona and, according to the Secretary of State of

4   Arizona, has business ties to Green Tree Servicing, LLC.

5   [http://www.azsos.gov/scripts/Notary_Search.dll/ZoomNotary?NOTID=318343 ] [Exhibit G]

6   71. According to CT Department of Banking, the address at 7360 S Kyrene RD Tempe,

7   AZ, 85283 is that of Green Tree Servicing, LLC., not GE Capital Retail Bank; a statement served

8   to mislead the Plaintiff.

9
10  72. Defendant VIVIAN has acted with volition in an attempt to attain a judgment or

11  otherwise mislead Plaintiff as to the character, amount and/or legal status of the alleged

12  obligation by affixing a notary stamp on an instrument she knew or should have known to be

13  false.

14
15  73. In the collection efforts, the Defendant[s] letter and affidavit violated the FDCPA, §

16  1692d, -e, -e(2), -e(9), -e(13), -f(1), −g(b) -j, the parallel provisions of the CCPA and has

17  demonstrated a pattern of conduct that a reasonable person would find unfair and/or deceptive.

18
19  74. On or around July 3rd 2013, Plaintiff sent Defendant TMM a second letter via US

20  Certified Mail – 7012 3460 001 8981 1988 [Exhibit D]

21  75. Plaintiff's second letter questions in relevant part, *"the legal status...original account*

22  *number...(and its connection if any to)...the ACCOUNT/CHARGE OFF ACCOUNT NO: 766493*

23  (see "affidavit of verification")...*the accounting and ledger of said obligation...and a*

24
25  *validation...".*

26  76. Plaintiff's second letter states, *"I understand litigation is very expensive and should*

27  *be avoided where possible. It is my hope that this matter can be resolved amicably."*

28
PLANTIFF'S COMPLAINT
- 10

Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114
+305.897.0449 phone

77. Defendant[s] reference to Plaintiff (as a "defendant") in the affidavit caused Plaintiff to begin preparing for potential litigation by preparing a record and in so doing, Plaintiff incurred charges through the use of certified mail. [Exhibit D1]

78. In the collection efforts, the Defendant[s] letter and affidavit caused Plaintiff to incur a charge by using certified mail responsive of being identified as "Defendant" in said communication and as such has violated the FDCPA, § 1692f(5)

79. On or around August 22nd 2013, Defendant TMM sent Plaintiff a copy of a Civil Summons ("Summons"). [Exhibit E]

80. The summons list, *"GE CAPITAL RETAIL BANK...378 Blackbrook Road, Painsville, OH 44077"* as Name and Address of First Plaintiff.

81. The summons list, *"CASTRO BRUNILDA VALLE...66 MONTOWESE ST HARTFORD Connecticut 06114"* as name and address of the First Defendant.

82. The summons and complaint contains no contracts, agreements, certified copies of the alleged "promissory note" as exhibits in support of Defendants (therein stated as Plaintiff.) or a ledger of accounting.

83. Defendant Kathleen A. Johnson's (*"of New Haven, CT"*) name appears on the summons under, *"Name and address of person recognized to prosecute in the amount of $250."*

84. Defendant included a letter with their summons that states in relevant part, *"As you will see from the documents served, this law firm is commencing a legal proceeding against you .The lawsuit seeks to recover a debt on behalf of our client...* (and continues)...**Please be advised that our office does not have any relation to your obligations in the pending lawsuit. It is your responsibility to determine how to best protect your interests in this matter. Our law office does not represent you and can not provide you any legal advice."**

Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114
+305.897.0449 phone

85. Defendant TMM's complaint is dated at *"New Haven, Connecticut, this August 22,"* *2013."*

86. Defendant[s] complaint contains a "mini miranda" which states, ***"THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS IS A COMMUNICATION FROM A DEBT COLLECTOR."***

87. Defendant[s] affidavit alleged they were acting on behalf of the alleged Original Creditor (ostensibly GE Capital Retail Bank), in order to elicit payments of a presumably recognized account.

88. Defendant[s] have provided Plaintiff a form which Defendant knew or should have known to be false.

89. Defendant[s] references Plaintiff as "Castro Brunilda Valle" on the summons, after a communication where Defendant knew or should have known Plaintiff's proper appellation; so as to mislead or otherwise confuse Plaintiff.

90. Defendant[s] references Plaintiff as "Castro Brunilda Valle" and as a plural on the summons, while maintaining that they are acting with first hand knowledge and as such statements are intentionally misleading.

91. Defendant[s] has provided an address in the summons that, according to CT Department of Banking, is the address of Green Tree Servicing, LLC., not GE Capital Retail Bank and as such has lacked candor to the Superior Court tribunal.

92. Defendant[s] has provided an address in the summons that, according to CT Department of Banking, is the address of Green Tree Servicing, LLC., not GE Capital Retail Bank and as such has attempted to mislead the Plaintiff.

93. Defendant[s] has stated in their summons that they have commenced legal

PLANTIFF'S COMPLAINT
- 12

Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114
+305.897.0449 phone

proceedings on behalf of their client GE Capital Retail Bank; a statement known to be false.

94. Defendant[s] has stated in their summons that, *"the lawsuit seeks to recover a debt on behalf of our client"* [GE Capital Retail Bank]; a statement known by Defendant[s] to be false.

95. Defendant JOHNSON has affixed and/or allowed her name to be affixed on an instrument she knew was false and misleading.

96. Defendant JOHNSON has participated in said activity with volition in order to attain a judgment awarded against Plaintiff.

97. In the collection efforts, the Defendant[s] letter, summons and complaint violated the FDCPA, § 1692d, -e, -e(2), -e(9), -e(13), -f(1), −g(b) -j, the parallel provisions of the CCPA and has demonstrated a pattern of conduct that a reasonable person would find unfair, deceptive and unconscionable.

98. Defendant TMM filed a complaint against Plaintiff on or about September 9, 2013 in Connecticut Superior Court at Hartford over 16 days after they informed Plaintiff they did.

99. According to State of Connecticut's Judicial Branch (as provided via webpage) the Defendant[s] complaint was docketed on September 9, 2013 as HHD-CV13-6045011-S. [ http://civilinquiry.jud.ct.gov/CaseDetail/PublicCaseDetail.aspx?DocketNo=HHDCV136045011S

100. Defendant[s] are intentionally abusing an overburdened court system with their invalid collection tactics as evidenced in the docketed case referenced herein. [Line 99]

101. In the collection efforts, the Defendant[s] docketed complaint violated the FDCPA, § 1692b(2), -e, -f(1), −g(b), j, the parallel provisions of the CCPA and has demonstrated a pattern of conduct that a reasonable person would find unfair, deceptive and unconscionable.

102. Defendant TMM advertises or otherwise displays on their website that, *"The*

PLANTIFF'S COMPLAINT
- 13

Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114
+305.897.0449 phone

*Practice Areas and Services offered by our firm:* (among other areas, is information about )

*...Debt Buyers Program..."* [http://www.tobinandmelien.com/ ]

103. At all times material to this complaint, Defendant TMM was engaged in attempting to collect from Plaintiff at FDCPA, 15 U.S.C. §1692a(5)

104. At all times material to this complaint, Defendant MAROHN was engaged in attempting to collect from Plaintiff at FDCPA, 15 U.S.C. §1692a(5)

105. At all times material to this complaint, Defendant TOBIN was engaged in attempting to collect from Plaintiff at FDCPA, 15 U.S.C. §1692a(5)

106. At all times material to this complaint, Defendant KENDRICK was engaged in attempting to collect from Plaintiff at FDCPA, 15 U.S.C. §1692a(5)

107. At all times material to this complaint, Defendant JOHNSON was engaged in attempting to collect from Plaintiff at FDCPA, 15 U.S.C. §1692a(5)

108. At all times material to this complaint, Defendant VIVIAN was engaged in attempting to collect from Plaintiff at FDCPA, 15 U.S.C. §1692a(5)

109. Defendant TMM has a duty to observe and abide by all rules and regulations as delineated within its corporate charter.

110. Defendant TMM has an obligation (to both clients, consumers and the general public) to maintain accurate records (electronic data, information, etc.) on all consumer/debtor related documents that they maintain in its possession.

111. Defendant TMM is legally prohibited from arbitrarily and unlawfully changing, altering, creating or omitting any consumer related document(s), in possession, to then utilize for the purpose of "debt collection."

Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114
+305.897.0449 phone

112. In the collection efforts, the Defendant[s] have serially violated the FDCPA and the CCPA on 5 separate and distinct dates (dunning, affidavit, summons, certified letter and docketed complaint) in their communications with Plaintiff.

113. Plaintiff contends that the cause of action(s) might have been plead distinctly in separate civil actions as a matter of law.

114. Plaintiff contends that the separate causes of action alleged and joined together herein as multiple FDCPA claims is to promote judicial efficiency not unnecessarily expend judicial resources in light of research uncovered during the course of investigating Defendant[s] actions in this pending matter.  [see – Federal Bar - http://fedbar.org/Advocacy/Washington-Watch/WW-Archives/2013/July-2013-Judiciary-Requests-Emergency-Funds-to-Avert-Deep-Cuts.aspx ]

115. Plaintiff contends that the concern for maintaining judicial efficiency may have prejudiced her unnecessarily to the extent that the serial FDCPA/CCPA violations were plead in one Complaint.

116. Plaintiff, suffers from heart palpitations requiring medication.   [Exhibit H]

117. In the collection efforts, the Defendant[s] have caused Plaintiff substantial (albeit unnecessary) stress, mental anguish, anxiety, dizziness and insomnia.

118. In the collection efforts, the Defendant[s] have caused Plaintiff to miss employment days because of heart palpitations and anxiety.

119. In the collection efforts, the Defendant[s] have intentionally impugned on their special responsibilities to consumers, individuals, Connecticut residents and have otherwise caused harm to the public as any reasonable person would conclude.

Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114
+305.897.0449 phone

120. Plaintiff contends that the unscrupulous activities alleged herein are common debt collection industry practices and that the Defendant[s], as a matter of conduct and unspoken policy, readily and willingly partake in them.

## COUNT I
### SERIAL VIOLATIONS OF THE FDCPA BY DEFENDANTS TMM, MAROHN, TOBIN, KENDRICK, JOHNSON AND VIVIAN
121. Plaintiff alleges and incorporates preceding paragraphs.

## COUNT II
### SERIAL VIOLATIONS OF THE CCPA BY DEFENDANTS TMM, MAROHN, TOBIN, KENDRICK, JOHNSON AND VIVIAN
122. Plaintiff alleges and incorporates preceding paragraphs.

**WHEREFORE,** Plaintiff request for
(a) Statutory Damages of $1,000, pursuant to 15 U.S.C. §1692k per Defendant
(b) Statutory Damages of $1,000, pursuant to Conn. Gen Stat. Sec. 36a-647(2) per Defendant
(c) Actual Damages for Emotional Distress to be determined by the jury.
(d) Actual Damages equal to the amount unlawfully sought in CT Superior Court as a matter of equity and/or in the event Defendant[s] continue litigation and are awarded a judgment.
(e) Punitive Damages to be determined by the jury.
(f) Reasonable attorney's fees and costs.
(g) Any further relief that the court may deem just and proper.

## DEMAND FOR JURY TRIAL
**PLEASE TAKE NOTICE** that Plaintiff, respectfully demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

PLAINTIFF'S COMPLAINT
- 16

Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114
+305.897.0449 phone

1
2
3
4
5
6
7
8
9
10
11
12
# EXHIBIT "A"
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLANTIFF'S COMPLAINT
- 17

Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114
+305.897.0449 phone

## TOBIN & MELIEN

ATTORNEYS AND COUNSELORS AT LAW
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

45 COURT STREET
NEW HAVEN, CONNECTICUT 06511
TELEPHONE (203) 777-6660
FACSIMILE (203) 777-1817

May 2, 201

Castro Brunilda Valle
66 MONTOWESE ST

HARTFORD, Connecticut 06114

RE:    GE Capital Retail Bank
       **OUR FILE NUMBER:  13-01378-0**
       REFERRED BALANCE:  $45,731.68

Dear Castro Brunilda Valle :

### PLEASE READ

UNLESS THE CONSUMER (YOU), WITHIN THIRTY (30) DAYS AFTER RECEIPT OF THIS
NOTICE, DISPUTES THE VALIDITY OF THE DEBT, OR ANY PORTION THEREOF, THE DEBT
WILL BE ASSUMED TO BE VALID BY THE DEBT COLLECTOR (US).

IF THE CONSUMER (YOU) NOTIFIES THE DEBT COLLECTOR (US) IN WRITING WITHIN THE THIRTY
(30) DAY PERIOD THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, THE DEBT
COLLECTOR (US) WILL OBTAIN VERIFICATION OF THE DEBT OR A COPY OF A JUDGMENT AGAINST
THE CONSUMER (YOU) AND A COPY OF SUCH VERIFICATION OR JUDGMENT WILL BE MAILED TO TH
CONSUMER (YOU) BY THE DEBT COLLECTOR (US).

UPON THE CONSUMER'S (YOUR) WRITTEN REQUEST WITHIN THE THIRTY (30) DAY PERIOD, THE
DEBT COLLECTOR (US) WILL PROVIDE THE CONSUMER (YOU) WITH THE NAME AND ADDRESS OF TH
ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

**THIS IS AN ATTEMPT TO COLLECT A DEBT.  ANY FURTHER INFORMATION OBTAINED WILL
BE USED FOR THAT PURPOSE. THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.**

Please be advised that our office represents GE Capital Retail Bank in connection
with the collection of the account referenced above.

Please forward your check or money order for the above amount listed as OUTSTANDING
BALANCE payable to Tobin Melien & Marohn, Trustees, to the above address.  Please indicat
OUR FILE NUMBER, as stated above, on all remittances and correspondences to our office.

Thank you for your attention to this matter.

Very truly yours,

TOBIN MELIEN & MAROHN

BY: _____
     JOSEPH M. TOBIN, P.C.

13-01378-0/M90-NTO

<u>PLEASE READ</u>

UNLESS THE CONSUMER, (YOU) WITHIN THIRTY DAYS AFTER RECEIPT OF THIS NOTICE, DISPUTES THE VALIDITY OF THE DEBT, OR ANY PORTION THEREOF, THE DEBT WILL BE ASSUMED TO BE VALID BY THE DEBT COLLECTOR (US);

IF THE CONSUMER, (YOU) NOTIFIES THE DEBT COLLECTOR (US) IN WRITING WITHIN THE THIRTY-DAY PERIOD THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, THE DEBT COLLECTOR (US) WILL OBTAIN VERIFICATION OF THE DEBT OR A COPY OF A JUDGMENT AGAINST THE CONSUMER (YOU) AND A COPY OF SUCH VERIFICATION OR JUDGMENT WILL BE MAILED TO THE CONSUMER (YOU) BY THE DEBT COLLECTOR (US), AND

UPON THE CONSUMER'S (YOU) WRITTEN REQUEST WITHIN THE THIRTY-DAY PERIOD, THE DEBT COLLECTOR (US) WILL PROVIDE THE CONSUMER (YOU) WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.

# EXHIBIT "B"

Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114
+305.897.0449 phone

United States Postal Service Certified Mail
Number: 7012 3460 0001 8981 6877

Dated: May 13th, 2013

c/o Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114

To: TOBIN, MELIEN & MAROHN (Attn: JOSEPH M. TOBIN)
45 Court St..
New Haven CT 06511

### Notice to Agent is Notice to Principle – Notice to Principle is Notice to Agent

Re: NOTICE OF DISPUTE/DEBT VALIDATION/OFFER TO PROVE UP YOUR CLAIM

Dear Joseph M. Tobin,
I have recently received a letter (dated May 2, 20013) regarding an alleged balance which referenced GE Capital
Retail Bank. I am a bit confused. There is no information provided with any type of specificity. I am disputing the
validity of this debt in its entirety. I will patently wait for your response by mail. Govern yourself accordingly.

Respectfully,
Brunilda ValleCastro

1
2
3
4
5
6
7
8
9
10
11

# EXHIBIT "C"

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLANTIFF'S COMPLAINT
- 19

Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114
+305.897.0449 phone

TOBIN MELIEN & MAROHN

ATTORNEYS AND COUNSELORS AT LAW
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

45 COURT STREET
NEW HAVEN, CONNECTICUT 06511
TELEPHONE     (203) 777-6660
FACSIMILE     (203) 777-1817

June 14, 2013

Castro Brunilda Valle
66 MONTOWESE ST

HARTFORD, Connecticut 06114

**RE:   GE CAPITAL RETAIL BANK**
ACCOUNT NUMBER(S):  XX6493
**OUR FILE NUMBER:      13-01378-0**

Dear Castro Brunilda Valle / :

We have submitted the information you recently provided to us for our client to investigate.  The
results are listed below:

Please see attached documents from our client.

Feel free to contact our office with any questions you may have.

Very truly yours,
TOBIN MELIEN & MAROHN

BY:
    William L. Marohn, Esq.
    JOSEPH M. TOBIN, P.C.

13-01378-0/IC-FJP

This document is certified as a true
and exact copy of the original and has
been mailed by the undersigned on:

Name: 6-14-13

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR
THAT PURPOSE. THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.

## AFFIDAVIT OF VERIFICATION IN RESPONSE TO DISPUTED DEBT

The undersigned, being duly sworn, deposes and says:

1.  That the Deponent is over the age of eighteen years and believes in the obligation of an oath and is familiar with the books and records of the Plaintiff, **GE CAPITAL RETAIL BANK**.

2  That the said Defendant(s) **CASTRO BRUNILDA VALLE** is/are truly and validly indebted to the Plaintiff relative to a financial agreement (ACCOUNT/CHARGE OFF ACCOUNT NO: 766493).

3.  The Plaintiff owns all rights, title and interest in the debt.

4.  That according to the Plaintiff's business records there is currently due the sum of $45,731.68 in damages.

5.  That although demand has been made, the Defendant(s) has/have failed, refused and/or neglected to pay same.

TOBIN & MELIEN · A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
ATTORNEYS AT LAW – 45 COURT STREET · NEW HAVEN, CT 06511
TEL (203) 777-6660 – FAX (203) 777-1817 – JURIS NO. 411069

13-01378-0
VDD / NTO

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.

TOBIN & MELIEN · A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
ATTORNEYS AT LAW — 45 COURT STREET · NEW HAVEN, CT 06511
TEL (203) 777-6660 — FAX (203) 777-1817 — JURIS NO. 411069

6. The forgoing matters are, to the best of my information and belief, true and correct.

*Jack Kendrick*

Personally appeared, <u>Jack Kendrick</u>, officer/agent of GE CAPITAL RETAIL BANK, and made oath to the truth of the foregoing Affidavit before me on this <u>4th</u> day of <u>June</u>, 2013.





GABRIELA VIVIAN
Notary Public, State of Arizona
Maricopa County
My Commission Expires
August 15, 2016

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES
8/15/16

13-01378-0
VDD / NTO

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.

ATTORNEYS AT LAW – 45 COURT STREET - NEW HAVEN, CT 06511
TEL (203) 777-8580 — FAX (203) 777-1817 – JURIS NO. 411089

# 15 U.S.C. 1692g(b) CREDITOR INFORMATION

**ORIGINAL CREDITOR NAME:** GE Money Bank

**ORIGINAL CREDITOR ADDRESS:** 4246 S. RiverBoat Rd
Suite 200 Salt Lake City, Utah 84123

13-01378-0
VDD / NTO

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED
FOR THAT PURPOSE. THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.

1
2
3
4
5
6
7
8
9
10
11
12          # EXHIBIT "D"
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114
+305.897.0449 phone

Dated: July 3rd, 2013
United States Postal Service Certified Mail
Number – 7012 3460 0001 8981 1988

c/o BRUNILDA VALLE CASTRO
66 Montowese St.
Hartford, CT 06114

TO: TOBIN MELIEN & MAROHN
45 Court Street
New Haven, Connecticut

CC: Office Legal Counsel and/or Office of Compliance, William L. Marohn, Joseph M. Tobin & Jack Kendrick

RE: **NOTICE OF DEBT VALIDATION/GOOD FAITH INVESTIGATION**

REF.: Account Number(s): xx6493

INCLUSIVE: **NOTICE TO AGENT IS NOTICE TO PRINCIPLE**

**To Whom it May Concern,**

    I am in receipt in of your correspondence dated June 14, 2013 with an account referencing xx6493 and an inclusive affidavit by a Mr. Jack Kendrick. The affidavit claims to support an obligation owed or due to be owed. I remain with more questions than I previously had, specifically with the legal status of the alleged obligation in question.

1.) Can you please provide the original account number originating the alleged obligation?
2.) Is such account number [from question #1] the same as "ACCOUNT/CHARGE OFF ACCOUNT NO: 766493" as stated in Mr. Jack Kendrick's affidavit?
3.) Can you provide, with the assistance of Mr. Jack Kendrick, the accounting and ledger of the alleged obligation including showing payment history, arrears, interest,etc.?

This alleged obligation is further disputed wherein I respectfully ask to be furnished with a validation, I understand that litigation is very expensive and should be avoided where possible. It is my hope that this matter can be resolved amicably. Thank you in advance for your cooperation. I will patiently await your response. Govern yourselves accordingly.

Respectfully,
*Brunilda ValleCastro*

1
2
3
4
5
6
7
8
9
10
11
12 **EXHIBIT "D1"**
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLANTIFF'S COMPLAINT
- 21

Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114
+305.897.0449 phone

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

1. Article Addressed to:

TOBIN, MALIEN & MAROYN

45 COURT ST.

NEW HAVEN, CT 06511

(ATTN: JOSEPH M. TOBIN)

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service )    7012 3460 0001 8981 6877

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
                                   JUL    5 2013

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

1. Article Addressed to:

TOBIN Meliza & Maroyn

45 Court Street

New Haven, CT 06511

Attn: William L. Maroyn

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from servic    7012 3460 0001 8981 1988

1
2
3
4
5
6
7
8
9
10
11
12           # EXHIBIT "E"
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114
+305.897.0449 phone

# SUMMONS - CIVIL

JD-CV-1 Rev. 10-09
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259  P.B. Secs. 3-1 through 3-21, 8-1

## STATE OF CONNECTICUT
## SUPERIOR COURT
*www.jud.ct.gov*

See other side for instructions

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.

☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.

☐ "X" if claiming other relief in addition to or in lieu of money or damages.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 95 Washington Street, Hartford, CT | ( ) | 10/01/13   Month / Day / Year |

| ☐ Judicial District | G.A. | At *(Town in which writ is returnable)* (C.G.S. §§ 51-346, 51-349) | Case type code *(See list on page 2)* |
|---|---|---|---|
| ☐ Housing Session | ☐ Number | Hartford | Major: C   Minor: 40 |

### For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|
| TOBIN MELIEN & MAROHN, 45 Court Street, New Haven, CT 06511 | 411069 |

| Telephone number *(with area code)* | Signature of Plaintiff *(If self-represented)* |
|---|---|
| ( ) 203-777-6660 | |

| Number of Plaintiffs: 1 | Number of Defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; and Country, if not USA)* | |
|---|---|---|
| First Plaintiff | Name: GE Capital Retail Bank <br> Address: 378 Blackbrook Road, Painsville, OH 44077 | P-01 |
| Additional Plaintiff | Name: <br> Address: | P-02 |
| First Defendant | Name: CASTRO BRUNILDA VALLE <br> Address: 66 MONTOWESE ST  HARTFORD  Connecticut 06114 | D-01 |
| Additional Defendant | Name: <br> Address: | D-02 |
| Additional Defendant | Name: <br> Address: | D-03 |
| Additional Defendant | Name: <br> Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed *(Sign and "X" proper box)* | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left <br> William L. Marohn | Date <br> August 22, 2013 |
|---|---|---|---|

If this Summons is signed by a Clerk:

a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.

b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.

c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.

d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

*For Court Use Only*

ATTEST: A TRUE COPY
ABRAHAM GLASSMAN
STATE MARSHAL
HARTFORD COUNTY

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date signed |
|---|---|---|

Name and address of person recognized to prosecute in the amount of $250
Kathleen A. Johnson, of New Haven, CT

| Signed *(Official taking recognizance)* ☒ *proper box* | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Date 8/0-2/13 | Docket Number |
|---|---|---|---|

(Page 1 of 2)

Return Date: October 1, 2013
GE Capital Retail Bank

VS.

CASTRO BRUNILDA VALLE

: SUPERIOR COURT

: JUDICIAL DISTRICT OF

:  HARTFORD AT HARTFORD

: August 22, 2013

## COMPLAINT

COUNT I

    1.  The Plaintiff, **GE Capital Retail Bank**, is holder of an instrument by which monies were loaned to the Defendant(s) **CASTRO BRUNILDA VALLE /** (collectively hereinafter in the singular as "Defendant") pursuant to a Promissory Note, in which the Defendant promised to repay the monies loaned and interest, together with reasonable attorney's fees, late fees and costs of suit in the event of default.

    2.    The Defendant is in default of the terms of the Promissory Note and there is currently due the sum of $45,731.68 in addition to interest, late charges, reasonable attorney's fees and costs of suit.

13-01378-0
W48/HXG

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.

TOBIN MELIEN & MAROHN  •  ATTORNEYS AND COUNSELORS AT LAW  •  A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
45 COURT STREET  •  NEW HAVEN, CONNECTICUT 06511  •  TELEPHONE (203) 777-6660 • FACSIMILE (203) 777-1817  •  JURIS NO. 411069

TOBIN MELIEN & MAROHN • ATTORNEYS AND COUNSELORS AT LAW • A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
45 COURT STREET • NEW HAVEN, CONNECTICUT 06511 • TELEPHONE (203) 777-6660 • FACSIMILE (203) 777-1817 • JURIS NO. 411069

3.    Although demand was made the Defendant has failed, refused and/or neglected to pay same.

COUNT II

1. The Plaintiff, or its predecessor in interest, loaned monies to the Defendant.

2. The Plaintiff reasonably and justifiably expected to be paid for the monies loaned.

3. The Defendant benefitted by the monies loaned, and has failed to pay the balance due to the Plaintiff.

4. The Defendant would be unjustly enriched if the Defendant was permitted to retain such benefit of without paying the Plaintiff reasonable value of said benefit.

5. Reasonable demand was made by the Plaintiff upon the Defendant for payment.

6. To this date, Defendant has failed,refused or neglected to pay the balance due to the Plaintiff.

1

13-01378-0
W48/HXG

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.

TOBIN MELIEN & MAROHN • ATTORNEYS AND COUNSELORS AT LAW • A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
45 COURT STREET • NEW HAVEN, CONNECTICUT 06511 • TELEPHONE (203) 777-6660 • FACSIMILE (203) 777-1817 • JURIS NO. 411069

WHEREFORE THE PLAINTIFF CLAIMS:

    1. Money damages;

    2. Interest;

    3. Reasonable attorney's fees;

    4. A reasonable order of payments to be made by the said Defendant

**CASTRO BRUNILDA VALLE /** out of any debts accruing by reason of the personal

services of the Defendant **CASTRO BRUNILDA VALLE /** , in accordance with the

statute made and provided.

    Dated at New Haven, Connecticut, this August 22, 2013.

William L. Marohn
COMMISSIONER OF THE SUPERIOR
COURT FOR NEW HAVEN COUNTY

ATTEST: A TRUE COPY

ABRAHAM GLASSMAN
CT. STATE MARSHAL
HARTFORD COUNTY

13-01378-0
W48/HXG

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED
FOR THAT PURPOSE. THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.

Department of Defense Manpower Data Center



Status Report
Pursuant to Servicemembers Civil Relief Act

Last Name: VALLE
First Name: CASTRO
Middle Name: BRUNILDA
Active Duty Status As Of: Aug-22-2013

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

Mary M. Snavely-Dixon

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: D4F4S723R0B9Z50

TOBIN MELIEN & MAROHN • ATTORNEYS AND COUNSELORS AT LAW • A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
45 COURT STREET • NEW HAVEN, CONNECTICUT 06511 • TELEPHONE (203) 777-6660 • FACSIMILE (203) 777-1817 • JURIS NO. 411069

## PLEASE CONTACT OUR OFFICE - (203) 777-6660

========================================================================

As you will see from the documents served, this law firm is commencing a legal proceeding against you. The lawsuit seeks to recover a debt on behalf of our client.

Quite often our clients will seek to resolve their claims amicably and without further court intervention. If you wish to settle or otherwise resolve this matter, please contact our office at (203) 777-6660. If you would be more comfortable communicating with us in writing, you may feel free to use the space below to contact our office. You may mail your response to Tobin Melien & Marohn, 45 Court Street, New Haven, CT 06511; or send us a facsimile transmission to (203) 777-1817.

**Please be advised that any contact with our office does not have any relation to your obligations in the pending lawsuit. It is your responsibility to determine how to best protect your interests in this matter. Our law office does not represent you and can not provide you any legal advice.**

========================================================================

**CASTRO BRUNILDA VALLE**


**DAYTIME PHONE:** _____

_____

_____

_____

_____

_____

_____

13-01378-0 / HXG

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.

1
2
3
4
5
6
7
8
9
10
11
12
# EXHIBIT "F"
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114
+305.897.0449 phone



## Arizona Secretary of State Notary Public System

Generated by Notary Search Version 3.20

## Notary Information

| COMMISSION NUMBER | 318343 |
|---|---|
| **NAME** | GABRIELA VIVIAN |
| **CURRENT STATUS** | QUALIFIED |
| **BUSINESS** | GREEN TREE SERVICING LLC<br>7360 S KYRENE RD<br>TEMPE, AZ, 85283 |

## Notary Commission Information

| Begin Date | End Date | County | Bond Date | Action Date | Action Type | Reinstate Date | Reinstated Action Type |
|---|---|---|---|---|---|---|---|
| 8/16/2012 | 8/15/2016 | MARICOPA | 8/10/2012 | | | | |

## Back to Notary Search

*©Copyright 1996, 2002 by Arizona Secretary of State - ALL RIGHTS RESERVED*

1
2
3
4
5
6
7
8
9
10
11
12      **EXHIBIT "G"**
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
PLANTIFF'S COMPLAINT
- 24

Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114
+305.897.0449 phone

# Jack Kendrick
Litigation Specialist at Green Tree Servicing

### Join LinkedIn and access Jack Kendrick s full profile. It's free!

As a LinkedIn member, you'll join 225 million other professionals who are sharing connections, ideas, and opportunities.

- See who you and **Jack Kendrick** know in common
- Get Introduced to **Jack Kendrick**
- Contact **Jack Kendrick** directly

**View Jack's full profile**

## Jack Kendrick's Overview

**Litigation Specialist** at **Green Tree Servicing**

**1 connection**

## Jack Kendrick's Experience

**Litigation Specialist**
**Green Tree Servicing**
Privately Held; 1001-5000 employees; Financial Services industry
Currently holds this position

## Contact Jack for:

- career opportunities
- new ventures
- expertise requests
- reference requests

- consulting offers
- job inquiries
- business deals
- getting back in touch

## View Jack Kendrick s full profile to...

- See who you and **Jack Kendrick** know in common
- Get Introduced to **Jack Kendrick**
- Contact **Jack Kendrick** directly

**View Full Profile**

Not the Jack Kendrick you were looking for? View more »

LinkedIn member directory - Browse members by country a b c d e f g h i j k l m n o p q r s t u v w x y z more

LinkedIn Corporation © 2013

1
2
3
4
5
6
7
8
9
10
11
12 # **EXHIBIT "H"**
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114
+305.897.0449 phone

# CA WAITING

08/31/2013

**PROMISED: 02:27p**
08-31-2013
# Scripts: 01

CVS/pharmacy #1948  Ph: 860.296-1155

CUSTOMER RECEIPT

**COUNSEL**
First Fill

27 0978336 000 002 00 0000000

**CASTRO,BRUNILDA**
66 MONTOWESE ST, HARTFORD, CT 061140000
Ph: 860 913-9272    DOB:    08-56
**ATENOLOL 25 MG TABLET**
TAKE 1 TABLET BY MOUTH EVERY DAY AS DIRECTED

Date: 08/31/2013  DAW: 0
**Rx: 0978336 00**

NDC:68382-0022-10  Days Supply: 90  Refills: 0  **Qty:90 EA**
Prscbr: ANTHONY FRANCIS LASALA
FR: 6100                    GR: RX4750
ALTH#: 132434747371041997          CAREMARK BIN 610029

**PAY:  $0.00**

Caps: Y

---

# Your pharmacist would like to speak with you today...

## The importance of your new medication

There are several reasons why it is important for you to take this medication as prescribed.

- Taking the medication regularly helps you better manage your health, even if your condition has no symptoms

- Some medications take days or even weeks to achieve their intended effect

- It may take time for your body to adjust to a medication

- Stopping this medication without first consulting with your physician may negatively affect your health

As your Pharmacist, I am here to discuss any questions about your medication and provide direction on how to avoid potential side effects. Please call anytime if I can be of assistance.

**Message Center**