UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUNILDA VALLECASTRO, : | |
| : | |
| PLAINTIFF, : | |
| : | NO. 3:13-CV-01441-SRU |
| V. : | |
| : | |
| TOBIN, MELIEN & MAROHN, ET ALS : | |
| : | January 2, 2014 |
| DEFENDANTS. : | |
| : | |

## MOTION FOR EXTENSION OF TIME

     The defendant Tobin, Melien & Marohn, hereby requests an extension of time, to and including February 1, 2014 within which to respond to the plaintiff's Complaint. The reason for the requested extension is to enable the parties to exhaust early opportunities for settlement.

     This is the first such request for an extension directed to this time period and will not prejudice the plaintiff. This motion is made without the consent of *pro se* plaintiff because efforts to reach her have elicited no response.

                                            DEFENDANT
                                            TOBIN MELIEN & MAROHN

                                            By: _____/s/_____
                                                    Jonathan D. Elliot

                                                    Zeldes, Needle & Cooper, P.C.
                                                    1000 Lafayette Blvd., Suite 500
                                                    Bridgeport, CT 06604
                                                    Tel: 203-333-9441
                                                    Fax: 203-333-1489
                                                    Email: jelliot@znclaw.com

                                      Its Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 2, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                                  /s/
                                      Jonathan D. Elliot