UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUNILDA VALLECASTRO, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | NO. 3:13-CV-01441-SRU |
| V. | : | |
| | : | |
| TOBIN, MELIEN & MAROHN, ET ALS | : | |
| | : | January 23, 2014 |
| DEFENDANTS. | : | |
| | : | |

**RESPONSE TO PLAINTIFF'S MOTION IN OPPOSITION
TO DESIGNATE AS ELECTRONIC FILED CASE (DOC. NO. 16)**

Despite the granting of defendant's motion to designate this action as an electronic filed case so that defendant may file pleadings electronically (Doc. No. 14), defendant has no objection to serving the plaintiff by mail or to plaintiff not filing electronically.

DEFENDANT
TOBIN MELIEN & MAROHN

By: _____/s/_____
Jonathan D. Elliot

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: 203-333-9441
Fax: 203-333-1489
Email: jelliot@znclaw.com

Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. First Class Mail, postage prepaid, on this date, to:

>Brunilda ValleCastro
>66 Montowese St.
>Hartford, CT 06114

Dated at Bridgeport, Connecticut on this 23rd day of January 2013.


Jonathan D. Elliot