UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUNILDA VALLECASTRO <br><br> Plaintiff, <br><br> v. <br><br> TOBIN, MELIEN & MAROHN., *et al.* <br><br> Defendants. | CASE NO.: 3:12-CV-1441 (SRU) <br><br> MOTION FOR LEAVE TO AMEND COMPLAINT WITH A STIPULATED REMOVAL OF PLAINITFF'S *RULE 12(B)6* OPPOSITION [DOC. #31] WITHOUT CONSENT OF DEFENDANTS <br><br> AUGUST 8ʰ 2014 |

*TO THE HONORABLE JUDGE OF SAID COURT:*

The Plaintiff has previously requested two continuances both medical in nature which has undoubtedly burdened the Court's speedy disposition of this case as to the oral argument on a *motion to dismiss*. To this end, she is both grateful to the Court and regretful that her pleadings were not precise enough to begin with so as to illicit a dispositive motion all together. In the present matter, the Plaintiff seeks another, perhaps untimely, request responsive to a developing situation. After careful review, new information relevant to the pending matter has surfaced which could directly impact the trajectory of this case. Consequently, ValleCastro, in accordance with *Rule 15(a)*, and without the consent of the defendants, moves for leave to file her second Amended Complaint. This amendment seeks -

  1. <u>To correct alleged deficiencies</u>

  2. <u>To add Parties</u>

      **a.** Green Tree Servicing, LLC., ("GT") as a new defendant,

      **b.** Nelson Valle ("Valle") as a co-Plaintiff

  3. <u>To add a Federal and State Claim</u>

MOTION FOR LEAVE TO AMEND - 1

Brunilda ValleCastro/Nelson Valle
66 Montowese St.
Hartford, CT 06114
860-888-4993
rvx22@live.com

      a. The Telephone Consumer Protection Act ("TCPA").

      b. The Creditor's Collections Practices Act[1] ("CCPA")

      ValleCastro maintains that the requested motion materially advances this case by more clearly framing the underlying issues and allows the Court more information on the record by which it can adjudge accordingly. Given the fact that this motion may be untimely because of a pending oral argument, the Plaintiff will stipulate a withdrawal of her memorandum in opposition to said motion which may render said oral hearing unnecessary at this time. Also, in the interest of judicial economy, this motion will render duplicitive litigation (and any subsequent *motion to combine*) unnecessary should the Plaintiff be unsuccessful in having her motion granted requiring her to refile another complaint.

      This motion will not prejudice the defendants. Defendants Kendrick and Vivian argued in their motion to dismiss that they are not "debt collectors" by virtue of exceptions at *§1692a(6) (A), -(F)(iii)* as "officer/agents" and/or "servicers" of the alleged account prior to default. This narrative can seamlessly be accommodated by the introduction of the CCPA. The violative acts of omission/commission that the Plaintiff alleged can be further articulated accordingly. Again, so as to resume the speedy disposition of this case, the Plaintiff will stipulate the withdrawal of her opposing memorandum and the necessity of expending Court resources on accommodating appearances of the parties in this case so that the Court can apportion its time on more important/pressing matters. In essence, this motion would have the effect of amending the complaint as oppose to having argued against it's dismissal. It also adds parties that elucidate the case rendering it more comprehensive. Unfortunately, the Plaintiff was not sucessful in eliciting the consent of the defendants. The plaintiff did not have the amended complaint immediately

---

[1] It also make allegations under the Connecticut Consumer Collections Agency Act ("CCCAA").

MOTION FOR LEAVE TO AMEND
- 2

Brunilda ValleCastro/Nelson Valle
66 Montowese St.
Hartford, CT 06114
860-888-4993
rvx22@live.com

available for their examination yesterday and so had to decide to either file without consent or to finish the complaint and then wait for their response which may have been delayed given their probable voluminous caseload.

## ARGUMENT IN SUPPORT

Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading.[2] Leave to amend should be freely given when justice so requires. *Fed. R. Civ. P. 15(a)(2)*;[3] Here, the new defendant Green Tree Servicing, LLC., has been an instrumental entity all along. ValleCastro, has uncovered new information with the assistance of state and federal agencies that has confirmed the findings to her satisfaction. ValleCastro, has been very careful in not implicating other parties if she did not have sufficient evidence that would suggest their involvement. The defendants instant motion to dismiss has delayed ValleCastro ability to initiate discovery. However, because of the new found information that has been uncovered, the Plaintiff deems that this leave is necessary.[4]

Plaintiff maintains that the amended pleading will not be prejudicial to the just and equitable outcome of this case nor to the defendants involved because the case is in its formative stages. The Plaintiff will stipulate a removal of the aforementioned opposition so as to allow for the court to preserve precious court resource to more important issues. Also, this motion seeks to avoid duplicative litigation on the issues presented in this very case which again may ultimately necessitate a *motion to combine* should another complaint with similar fact issues be filed. Plaintiff is filing its amended pleading along with this motion.

---

[2] *Foman v. Davis*, 371 U.S. 178, 182 (1962).
[3] *Foman*, 371 U.S. at 182; *Bylin v. Billings*, 568 F.3d 1224, 1229 (10th Cir. 2009)
[4] See *Gamma-10 Plastics, Inc. v. Am. President Lines, Ltd.*, 32 F.3d 1244, 1255-56 (8th Cir. 1994)

MOTION FOR LEAVE TO AMEND
- 3

Brunilda ValleCastro/Nelson Valle
66 Montowese St.
Hartford, CT 06114
860-888-4993
rvx22@live.com

## **CONCLUSION**

This motion aims to add parties/claims that will materially advance this case in reaching clarification and ultimately its speedy resolution. For these reasons, Plaintiff asks the Honorable Court for an ORDER granting leave so that she may file the amended pleading.

Respectfully submitted,

*[signature: Brunilda Valle Castro]*

MOTION FOR LEAVE TO AMEND
- 4

Brunilda ValleCastro/Nelson Valle
66 Montowese St.
Hartford, CT 06114
860-888-4993
rvx22@live.com

## AFFIDAVIT IN SUPPORT OF LEAVE

For My Cause, I, Brunilda ValleCastro state that, I am over 18 years of age and of sound mind having been dully sworn, stating here of my own personal knowledge:

**1.** That I have filed this motion so as to hold a party that has directly impacted the action but whose involvement has been concealed to me until recently.
**2.** That I have not made these amendments in a more opportune time because I have been careful not to implicate any party unnecessarily.
**3.** That I have filed this motion solely for the purposes set forth in it and not interposed for any improper purpose, such as to cause unnecessary delay or create a needless increase in the cost of litigation to the Defendants, named in this Second Amended Complaint.

## AFFIRMATION

I hereby affirm that I prepared and have read this Affidavit and that I believe the foregoing statements in this Affidavit to be accurate. I hereby further affirm that the basis of knowledge of the statements described herein is of my own direct knowledge. Pursuant to *28 U.S.C. § 1746(2)*, I, Brunilda ValleCastro, hereby declare (or certify, verify or state) under the penalty of perjury that the foregoing is true and correct. Further the Affiant sayeth naught.
Signed in Hartford, Connecticut August ___, 2014.

## NOTARY'S VERIFICATION

**STATE OF CONNECTICUT**      §
**COUNTY OF HARTFORD**        §

On this day personally came before me the above-named Affiant, who proved her identity to my satisfaction and she acknowledged her signature on this Affidavit in my presence and stated that she did so fully understanding that she was subject to the penalties of perjury.

_____ Notary Public
Brunilda ValleCastro

Name of Notary: Lori J. Magora
Signature of Notary: Lori J. Magora
My Commission Expires: 9-30-2015

MOTION FOR LEAVE TO AMEND
- 5

Brunilda ValleCastro/Nelson Valle
66 Montowese St.
Hartford, CT 06114
860-888-4993
rvx22@live.com

## AFFIDAVIT IN SUPPORT OF SECOND AMENDED COMPLAINT

For My Cause, I, Nelson Valle state that, I am over 18 years of age and of sound mind having been dully sworn, stating here of my own personal knowledge:

**1.** That I have received the phone calls on my cell phone from the entity *Green Tree Servicing, LLC.*, ("GT"), with numbers that appear to be known phone contacts for them, as alleged in this matter, after researching my phone records.
**2.** That I have opened a mailing from *Tobien, Melien and Marohn* date May 2nd, 2013 as said letter was addressed to Castro, a popular Hispanic name, and I am the only male living at 66 Montowese St, Hartford, CT.
**3.** That, as attorney in fact for my mother, I have conducted research by way of the *Connecticut Department of Banking,* the *Federal Deposit Insurance Corporation* and the *Consumer Financial Protection Bureau* which has lead to the finding that Green Tree Servicing, LLC., is indeed an indispensable party in this action.
**4.** That, as a private citizen/consumer, I seek to have this court adjudge GT's liability – if any, in whole or in part, responsive to the allegations set forth in this second amended complaint.
**5.** That I have filed this motion solely for the purposes set forth in it and not interposed for any improper purpose, such as to cause unnecessary delay or create a needless increase in the cost of litigation to the defendants, named in this Second Amended Complaint.

## AFFIRMATION

I hereby affirm that I prepared and have read this Affidavit and that I believe the foregoing statements in this Affidavit to be accurate. I hereby further affirm that the basis of knowledge of the statements described herein is of my own direct knowledge. Pursuant to *28 U.S.C. § 1746(2)*, I, Nelson Valle, hereby declare (or certify, verify or state) under the penalty of perjury that the foregoing is true and correct. Further the Affiant sayeth naught.
Signed in Hartford, Connecticut August __8__, 2014.

## NOTARY'S VERIFICATION

**STATE OF CONNECTICUT**              §
**COUNTY OF HARTFORD**                §

On this day personally came before me the above-named Affiant, who proved his identity to my satisfaction and she acknowledged her signature on this Affidavit in my presence and stated that she did so fully understanding that she was subject to the penalties of perjury.

_____         **Notary Public**
Nelson Valle

Name of Notary: Lori J. Magora
Signature of Notary: Lori J. Magora
My Commission Expires: 9.30.2015

MOTION FOR LEAVE TO AMEND
- 6

Brunilda ValleCastro/Nelson Valle
66 Montowese St.
Hartford, CT 06114
860-888-4993
rvx22@live.com

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was provided by US Mail to Amy Hackett of Prince Lobel Tye LLP 100 Cambridge Street, Suite 2200 Boston, MA 02114 this 8th day of August 2014.

_____
Nelson Valle


I certify that a copy of the foregoing was provided by US Mail to Jonathan Elliot of Zeldes, Needle & Cooper, P.C. 1000 Lafayette Blvd., Suite 500 Bridgeport, CT 06604 this 8th day of August 2014.

_____
Nelson Valle


**STATE OF CONNECTICUT**
**COUNTY OF HARTFORD**

**BEFORE ME** personally appeared Nelson Valle who, being fully sworn and identified in accordance with Connecticut Law, did execute the forgoing in my presence this 8th day of August 2014.

_____       **NOTARY PUBLIC**
Nelson Valle


Witness my hand and official seal:


Name of Notary: Lori J. Magora

Signature of Notary: Lori J. Magora

My Commission Expires: 9·30·2015


MOTION FOR LEAVE TO AMEND - 7

Brunilda ValleCastro/Nelson Valle
66 Montowese St.
Hartford, CT 06114
860-888-4993
rvx22@live.com