UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUNILDA VALLECASTRO<br><br>Plaintiff,<br><br>v.<br><br>TOBIN, MELIEN & MAROHN, WILLIAM L. MAROHN, *a natural person*, JOSEPH M. TOBIN, *a natural person,* JACK KENDRICK, *a natural person*, KATHLEEN A. JOHNSON, *a natural person*, GABRIELA VIVIAN, *a natural person.*<br><br>Defendants. | Civil Action No.  3:13-CV-1441 |

## MOTION TO EXTEND TIME

Defendants Jack Kendrick and Gabriela Vivian move that the Defendants be granted a one-week extension of time, up to and including September 5, 2014, to file their opposition to Plaintiff's Motion to Amend the Complaint.  As grounds therefore, the Defendants state they are in need of a brief extension of time to fully investigate the Plaintiff's allegations, which include new claims and a request for class certification, and to prepare the opposition.  Additionally, certain exigent matters have arisen that require Defendants' counsel attention, and counsel will be out of the office during the week of August 25, 2014 due to various court appearances.  No party will be prejudiced by this brief extension of time.

**WHEREFORE**, the Defendants request that this Court extend the time for them to answer or other respond to the Complaint from August 29, 2014 to September 5, 2014.

ME1 18808417v.1

Defendants
JACK KENDRICK AND GABRIELA VIVIAN
By their attorneys,

*/s/ Amy B. Hackett*
Amy B. Hackett (admitted *pro hac admission*)
ahackett@mccarter.com
MCCARTER & ENGLISH, LLP
265 Franklin Street
Boston, MA 02110
Tel: (617) 449-6500
Fax: (617) 607 9313

Lee Friend Lizotte (#27428)
llizotte@mccarter.com
MCCARTER & ENGLISH, LLP
185 Asylum Street
Cityplace I, 36th Flr.
Hartford, CT 06103-3495
Tel: (860) 275-6794
Fax: (860) 724-3397

Dated:  August 26, 2014

## CERTIFICATE OF SERVICE

I, Amy B. Hackett, certify that a true and accurate copy of the foregoing document was filed through the Court's ECF system this 26th day of August 2014.

*/s/ Amy B. Hackett*