1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2

| | |
|---|---|
| **BRUNILDA VALLECASTRO,** **NELSON VALLE,** | **CASE NO.** 3:13cv-1441-SRU |
| Plaintiff(s), | 15 U.S.C §1692 *et seq.* 47 U.S.C §227 *et seq.* |
| v. | C.G.S §42-110 *et seq.* |
| **TOBIN, MELIEN & MAROHN, GREEN TREE SERVICING, LLC., NATIONAL BEAR HILL TRUST, WILLIAM L. MAROHN** *a natural person,* **KATHLEEN A. JOHNSON** *a natural person,* **JACK KENDRICK** *a natural person,* | **2ND AMENDED *VERIFIED* COMPLAINT** |
| Defendant(s). | **TRIAL BY JURY REQUESTED** **FEBRUARY 5th, 2015** |

2015 FEB -5 A 10: 13
U.S. DISTRICT COURT
HARTFORD CT.

*For Our Cause, Plaintiffs Affirm:*

# I. NATURE OF ACTION

**1.1**     This is an action for statutory, actual, punitive damages and injunctive relief brought by Nelson Valle and Brunilda ValleCastro ("Plaintiffs") against defendants for appearing to serially violate the above referenced statutes.[1]

**1.2**     This case presents an ambitious effort of a collection agency to deploy *at least* two collection actions on a defaulted, charged-off and timely disputed obligation.[2] Both campaigns appear to violate Connecticut public policy.

     **a. *The first action* ("GT1")**[3] required the use of a collection law firm and its participating employees to ratify the commencement of a collection campaign culminating in an unauthorized State Court lawsuit under the false pretense and/or under the assume identity of an alleged creditor—GE Capital Retail Bank. Plaintiffs contend this act of deceptive impersonation was motivated so as to

---

[1] In compliance with *C.G.S §42-110g(c)*, copies of this Complaint have been sent to both the Attorney General and the Commissioner of Consumer Protection.
[2] This alleged obligation appears to have been securitized on at least two occasions.
[3] Green Tree Servicing, LLC., collection plan #1

2nd AMENDED COMPLAINT
- 1

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

circumvent Connecticut public policy without which, it would appear, judicial intercourse could not be lawfully maintained.

**b. *The second action*** ("GT2")[4] solicited payment demands, on apparently the same obligation and within the pendency of two judicial proceedings, on behalf of a second alleged creditor; an apparent REMIC[5] trust—National Bear Hill Trust. Plaintiffs contend this second effort was for purposes of deploying a dynamic method of note re-adhesion so as to transform an apparently unsecured obligation into a secured obligation while concurrently generating *another* kickback in the secondary market.

**1.3**     The concurrent actions, upon reasonable suspicion, seek apparently to alter the legal status of an alleged obligation by generating it into two negotiable instruments—one by way of the gavel, in form of a state court judgment; the other by way of Wall Street alchemy--with an attractive attached collateral by way of securitization. Implicitly, the Court is duped in the former, the consumer is duped in the former and the latter. When the smoke clears, it is the hope of the tortfeasor, that none are the wiser.

**1.4**     At all times material, upon at least seven unsuccessful validation requests—three in *GT1* and four in *GT2*, the Consumers have been reassured by at least five members of the legal society in three different states, that Green Tree Servicing, LLC,. is dully a "servicer" for at least one of these "creditors"— apparently leaving the Consumer to pick which one.

## II. JURISDICTION AND VENUE

**2.1**     Jurisdiction of this Court arises  -

    **a.** By federal question(s) at *28 U.S.C. §1331;*[6]

    **b.** Under *47 U.S.C. §227(b)(3);*[7]

    **c.** At *15 U.S.C. 1692k(d);*[8]

    **d.** Under supplemental jurisdiction at *28 U.S.C. §1367;*[9]

---

Green Tree Servicing, LLC., - Collection Plan #2

Real Estate Mortgage Investment Conduit

*Mims v. Arrow Fin. Serv., LLC*, 132 S.Ct. 740, 751-53 (2012)  See also *Breslow v. Wells Fargo* (citations omitted)

Under TCPA statute of limitations within 4 years as set forth at *28 U.S.C. §1658(a).*

Under FDCPA statute of limitations within 1 year as set forth at *15 U.S.C. §1692k(d).*

Under CUTPA statute of limitations within 3 year as set forth at *C.G.S §42-110(g)(f).*

2nd AMENDED COMPLAINT
- 2

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

**2.2**    Venue is proper pursuant to -

    **a.** *28 U.S.C. §1391b* [and in that]

    **b.** The Plaintiffs reside here in Connecticut.

**2.3**    This court has jurisdiction.

### III. PARTIES

**3.1**    Plaintiff Brunilda ValleCastro, ("ValleCastro" collectively "Plaintiffs", or "Consumers") is -

    **a.** a natural person residing in Connecticut;

    **b.** A consumer at FDCPA *§1692a(3)*.

    **c.** Was alleged to have incurred a consumer debt for personal, family or household purposes ("obligation") at FDCPA *§1692a(5)* by defendants.

    **d.** A consumer debtor at CCCAA *§36a-800(2)*.[10]

    **e.** A person as defined at C.G.S *§42-110a(3)*.

**3.2**    Plaintiff Nelson Valle, ("Valle" collectively "Plaintiffs", or "Consumers") is -

    **a.** A natural person residing in Connecticut.

    **b.** A person as defined by *47 U.S.C. §153(10)*;

    **c.** A called party at TCPA *§227(b)(1)* and *§227(d)(3)*;[11]

    **d.** A consumer debtor at CCCAA *§36a-800(2)*;

    **e.** Son-tenant, administrator/agent of co-plaintiff.

**3.3**    Defendant, GREEN TREE SERVICING, LLC., ("GT" or "defendants") is -

    **a.** A Delaware corporation headquartered at 345 St. Peter #600 St. Paul, Minnesota 55102.

    **b.** Registered as a consumer collection agency in Connecticut.[12]

    **c.** A debt collector within the meaning of the FDCPA.

    **d.** The principal purpose of GT is the collection alleged debts due to another.

---

[10] Connecticut Consumer Collection Agency Act of Connecticut General Statutes used interchangeable.

[11] *Soppet v. Enhanced Recovery Company, LLC.*, 679 F.3d 637 (2012)

[12] See - http://www.ct.gov/dob/cwp/view.asp?a=2233&q=297872 (last visited 1/14/15)

2nd AMENDED COMPLAINT
- 3

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

1  **e.** Regularly sends collection letters and files collection lawsuits.

2  **f.** Regularly engages in purchasing defaulted debt portfolios.

3  **g.** Regularly sends "servicer" collection communication(s)—monthly billing statements, etc., --

4  responsive, as in the case at hand, to purchased debt(s) allegedly **acquired after default**.

5  **h.** Not licensed to handle securities[13] -- stocks, bonds, etc,.

6  **3.4**  Defendant, NATIONAL BEAR HILL TRUST, ("NBHT" or "defendants") is -

7  **a.** A Delaware statutory trust whose business capacity is unknown and whose file number,

8  according the the Secretary of State of Delaware, Division of Corporation is 544019.

9  **b.** The registered agent on file for this company is U.S. Bank Trust National Association and is

10  located at 300 Delaware Avenue 9th Floor Wilmington, DE 1980.[14]

11  **c.** Not registered as a consumer collection agency in Connecticut.

12  **d.** Not registered as a business in Connecticut according to the Secretary of State.

13  **e.** Allegedly **acquired an obligation when in default** for purposes of instituting collection

14  thereupon in the capacity of a debt collector within the meaning of the FDCPA.

15  **f.** Regularly sends collection letters and files collection lawsuits.

16  **g.** Regularly engages in purchasing defaulted debt portfolios.

17  **h.** Openly solicits account and/or social security numbers through their online/toll number

18  correspondence that uses a mini-miranda warning.[15]

19  **i.** A person at *C.G.S §42-110a(3)*.

20  **3.5**  Defendant TOBIEN, MELIEN & MAROHN ("TMM" collectively "defendants" or "agents") is -

21  **a.** A collection law firm with its address at 45 Court Street, New Haven, CT 06511.

22  **b.** The principal purpose of TMM is the collection of alleged debts due to another.

---

[13] See – Requirements per Financial Industry Regulatory Authority ("FINRA") and North American Securities Administrators Association. "NASAA")
[14] See- https://delecorp.delaware.gov/tin/GINameSearch.jsp (last visited 1/28/2015)
[15] See - http://nationalbearhilltrust.com/ and 855-369-1810 (last visited 1/28/2015)

2nd AMENDED COMPLAINT
- 4

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

**c.** Regularly sends collection letters and files collection lawsuits.

**d.** Filed such lawsuit against ValleCastro seeking money on behalf of their alleged client GE Capital Retail Bank ("GECRB").[16]

**e.** A debt collector within the meaning of the FDCPA.

**f.** Openly promote their collections enterprise online.[17]

**g.** Upon information and belief, not licensed to handle securities -- stocks, bonds, etc,.

**3.6**   Defendant William L. Marohn ("Marohn" collectively "defendants" or "agents")  is -

**a.** A natural person

**b.** A debt collector within the meaning of the FDCPA.

**c.** An attorney and/or employee of TMM.[18]

**d.** Represented himself to Plaintiffs as acting on behalf of GECRB as an attorney/agent and/or trustee.

**e.** Regularly participates in the collection activities (litigation, clerical, public record research, etc.) on behalf of TMM.

**f.** Supervised, controlled, managed, ratified, and/or **directly** participated in the debt collection efforts at issue herein and more particularly described below.

**g.** Upon information and belief, not licensed to handle securities -- stocks, bonds, etc,.

**3.7**   Defendant Kathleen A. Johnson ("Johnson" collectively "defendants" or "agents") is -

**a.** A natural person

**b.** A debt collector within the meaning of the FDCPA.

**c.** An attorney and/or employee—office manager of TMM.

---

[16]  Appears now to have changed their name to Synchrony Bank.

[17]  See - *"The Practice Areas and Services offered by our firm...Debt Buyers Program..."*  [http://www.tobinandmelien.com/ ]

[18]  Attorneys were included within the FDCPA when Congress found that  *"[c]learly, bar associations have failed to fulfill their obligations underlying the premise of the attorney exemption [from the FDCPA]. There is no indication that this is about to change. Having undermined the basis for the exemption, attorneys cannot complain about being brought under the Act."* H.R. Rep. No. 405 at 7, reprinted in 1986 U.S.C.C.A.N. at 1757. See also Congressman Annunzio's statement on the floor of Congress at 131 Cong. Rec. at H10535.

2nd AMENDED COMPLAINT
- 5

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

**d.** Represented herself to Plaintiffs as acting on behalf of GECRB as an attorney/agent and/or trustee.

**e.** Regularly participates in the collection activities (litigation, clerical, **funding litigation**, etc.) on behalf of TMM.

**f.** Supervised, controlled, managed, ratified, and/or **directly** participated in the debt collection efforts at issue herein and more particularly described below.

**3.8** Jack Kendrick ("Kendrick" collectively "defendants" or "agents") is -

**a.** A natural person.

**b.** A debt collector within the meaning of the FDCPA.

**c.** An employee of GT as a "Litigation Specialist".[19] (Exhibit "Ex") *[Ex. A]*

**d.** Represented himself to Plaintiffs as acting on behalf of GECRB as an "officer/employee."

**e.** Regularly participates in the collection activities (litigation "affidavits", clerical, phones, etc.) on behalf of GT.

**f.** Supervised, controlled, managed, ratified, and/or **directly** participated in the debt collection efforts at issue herein more particularly described as set forth below.

**g.** Upon information and belief, not licensed to handle securities -- stocks, bonds, etc,.

### IV. ACTS OF AGENTS

**4.1** Whenever in this Complaint it is alleged that a particular defendant or group of defendants [six total] did any act, it is meant that:

**a.** the defendant or group of defendants performed or participated in the act; or

**b.** the defendant's or group of defendants' officer, agents, attorneys, trustees or employees ("agents") performed or participated in the act on behalf or and under the authority of the defendant or group of defendants.[20]

---

[19] See - http://jresume.com/rmaris61 and www.linkedin.com/pub/jack-kendrick/1a/285/517 (last visited Jan.20th 2015)

[20] *Krapf v. Prof'l Collection Servs., Inc.*, 525 Supp. 2d 3324 (E.D.N.Y. 2007). Employees of the debt collector personally involved with the violative conduct are personally liable under the FDCPA.

2nd AMENDED COMPLAINT
- 6

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

**4.2**     The agents alleged herein are clustered by a set of operative facts in that each agent has maintained a deceptive narrative -

    **a.** as to the source of their alleged authority.

    **b.** concealed as to the true identity, involvement and capacity of the collection agency--GT.

    **c.** sought to by pass or otherwise impugn CT public policy. The actions alleged are more particularly described below.

## V. <u>STATEMENT OF COMPETENT FACTS</u>

**5.1**     On or about <u>November 2011,</u> according to GT an alleged obligation <u>Loan No. 15049621 -4</u>[21] was in default.

**5.2**     On or about <u>January 26th 2012,</u> according to GECRB, said obligation was "charged off". *N. Affid.* ¶¶*1, 4*

**5.3**     On or about <u>August 22nd 2012,</u> according to LARM, they became ValleCastro's new "servicer"; GT was represented as creditor. *Affid.* ¶ *1 [Ex.C]*

**5.4**     This confused the ValleCastro. *B. Affid.* ¶ *2*

**5.5**     On or around <u>May 2nd 2013,</u> agents sent Plaintiff a request for payment ("dunn") "on behalf of" GECRB via US Mail. Inclusive here by reference and submitted as exhibit. *B. Affid.* ¶ *1 [Ex. D]*

    **a.** does not assert any disclaimers as to the lack of involvement by the law firm and/or a lawyer.

    **b.** addresses more than one party;  a male - "*CASTRO* BRUNILDA VALLE"

    **c.** alleges a balance due and owing of  $45,731.68" in favor of GECRB.

    **d.** asserts TMM has been retained by GECRB and authorized to make payment demands.

**5.6**     On or around <u>May 13th 2013,</u> Plaintiffs made a validation request on TMM.  Inclusive here by reference and submitted as exhibit. *B.Affid.* ¶*1  [Ex.E ]*

**5.7**     On or around <u>June 14th 2013,</u> agents sent ValleCastro a "verification" letter inclusive with an "affidavit of Indebtedness ("AoI") in response to Plaintiffs May 13th 2013 communication.  Inclusive here

---

[21] Or some variation of those numbers.

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

by reference and submitted as exhibit. *B.Affid.* ¶ *1 [Ex. F]*   The contents -

    **a.** contain a cover letter with a "mini miranda". [accompanied with]

    **b.** an **"affiant"** Kendrick -- "agent/officer" of GECRB [who]

    **c.** "Verifies" an account #xx6493 and/or #766483.

    **d.** "Verifies" the sum certain amount of $45,731.68 in favor of GECRB;

**5.8**    On or around July 3rd 2013, Plaintiff made a 2nd validation request on TMM. Inclusive here by reference and submitted as exhibit. *B.Affid.* ¶ *1 [Ex. G]*

**5.9**    On or about September 9th 2013, TMM, "on behalf of GECRB", filed the lawsuit against Plaintiffs in a CT Superior Court classified as a ***collection action***.[22]

**5.10**    On or about September 30th 2013, ValleCastro filed a federal lawsuit—in the matter of *ValleCastro v. Tobien Melien* and *Marohn.*.

**5.11**    On or about October 10th 2013, Valle Castro made a 3rd VoD in form of a *Notice of Dispute* filed in the state action as she was not provided a portion to possibly dispute as she understands "ANY PORTION" to mean *a part of* and she found *no parts* in the AoI---responsive to a VoD response.

**5.12**    On or about November 14th 2013 TMM filed a motion for clerk's default.

***Crossfire of Confusion***

    **a.** According to LARM, at the time of TMM's Dunn, GT was the "Creditor" and "LARM" was the "servicer."

    **b.** According to TMM, at the time of the Dunn, GECRB was the "Creditor" and "GT" was the "servicer."

    **c.** According to Kendrick, at the time of the Dunn, he had the delegated authority to speak on behalf of both *GECRB and GT*.

**5.13**    On or about December 18th 2013,[23] NBHT is alleged by GT, on a letter dated January 17th 2014, I The contents of which alleged NBHT to be owner of -

---

[22] See - http://civilinquiry.jud.ct.gov/CaseDetail/PublicCaseDetail.aspx?DocketNo=HHDCV136045011S

[23] Dated January 3rd 2014[a]

2nd AMENDED COMPLAINT
- 8

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

     **a.** ValleCastro's "mortgage loan"  [wherein]

     **b. "**an assignment of mortgage may be recorded"... [delegating]

     **c.** U.S. Bank Trust National Association ("USBNT") as trustee.  Inclusive here by reference and submitted as exhibit. *B.Affid. ¶1* **[Ex. H]**

**5.14**    This development further confuses ValleCastro regarding the legal status of the obligation and NBHT's right to make payment demands. *B.Affid. ¶2   N.Affid. ¶2*

**5.15**    On or about <u>January 3rd 2013,</u> GT on behalf of NBHT, sends ValleCastro a monthly bill -

     **a.** From the address 7360 South Kyrene Road Tempe, AZ 85283

     **b.** States, *"Your account may be reported to one or more credit bureaus and may be reviewed for possible legal action."*  **[Ex. I]**

**5.16**    ValleCastro felt threatened that another legal action was going to be initiated again on the same alleged debt on behalf of NBHT while she was still figuring out who was TMM and particularly confused as this was the same office of Kendrick—the "officer/agent/deponent" and presumably custodian of record, who was certifying statements through counsel affirming GECRB's action in pending cases. *HUH?* *B.Affid. ¶¶2, 5*

**5.17**    On or about <u>January 17th 2014,</u>  understanding that GECRB has commenced a judicial proceeding on the alleged account—according to Kendrick, TMM, Mahorn and Johnson and with questions regarding the alleged obligations legal status ValleCastro, makes a VoD to GT at their address of PO Box 94710 Palatine, IL 60094. [4th regarding this alleged obligation] *N.Affid. ¶ 1* **[Ex. J]**

**5.18**    On or about <u>January 25th 2014,</u> ValleCastro makes a VoD to USBNT, the "new trustee", in hope of eliciting clarification regarding the legal status of the alleged obligation to the addresses of 300 Delaware Ave 9th Floor Willmington, DE 19801 and 180 5th Street E #200 Saint Paul, MN 55101. [5th VoD] *N.Affid. ¶1 [Ex. K]*

**5.19**    On or about <u>January 27th 2014,</u> ValleCastro receives a communication from GT without verification. *[Ex. L]*

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

**5.20**    On or about February 3rd 2014, GT on behalf of NBHT, makes another payment demand on ValleCastro baring the address of P.O Box 94710 Palantine, IL 60094 without honoring ValleCastro's VoD request . *[Ex. M]*

**5.21**    On or about February 7th 2014, USBNT, on behalf of NBHT, affirms –

   **a.** USBNT's status as a trustee on behalf of NBHT.

   **b.** The legal status of ownership interest of a "mortgage note" in favor of NBHT.

   **c.** GT status as "servicer" for NBHT. [and furnishes]

   **d.** A brochure explaining the intricate process of securitization.   *B.Affid. ¶1 [Ex. N]*

**5.23**    On or about February 21st 2014, GT sends ValleCastro a letter which references a copy of an alleged Note in response to her VoD but was not included.  *N.Affid. ¶¶1, 3 [Ex. O]*

**5.24**    On or about February 21st 2014, ValleCastro, makes a 2nd VoD to GT at their address of PO Box 6172 Rapid City, SD 57709.  *B.Affid. ¶ 1*   [6th regarding this alleged obligation].[24]

**5.25**    On or about April 17th 2014, ValleCastro receives another letter from GT without validation. *[Ex. P]*

**5.26**    On or about April 28th 2014, ValleCastro makes another VoD request to GT. [7th regarding the alleged obligation at issue].  *N.Affid. ¶1 [Ex. Q]*

**5.27**    On or about April 28th 2014, ValleCastro makes another VoD request to NBHT. [8th regarding the alleged obligation at issue].  *N.Affid. ¶1 [Ex. R]*

**5.28**    NBHT, as of the date of this second amended complaint, has never responded.

**5.29**    On or about July 10th 2014, Valle engages GECRB directly **with the assistance of the CFPB wherein** GECRB confirmed to Consumers and the CFPB that they -

   **a. do NOT** have **ANY** interest in the Consumers' property

   **b. do NOT** owe a debt to GECRB.

---

[24] On February 26th 2014 the law firm of McCarter and English by counsel Andrew Baldwin request the court's time to consider dismissing this the above action on behalf of creditor GECRB's "officer" or alternatively GT capacity as "servicer". See Dkt.# 26

2nd AMENDED COMPLAINT                                                  Brunilda ValleCastro/Nelson Valle
- 10                                                                                              c/o 66 Montowese St.
                                                                                                        Hartford, CT 06114
                                                                                                        +305.791.8959 phone
                                                                                                        rvx22@live.com

GECRB further directed the Consumers to contact GT as it was their understanding that GT was collecting on behalf of NBHT. *N.Affid.* *¶4*

**5.31**    A violation of the FDCPA may concurrently violate CUTPA.

**5.32**    A violation of state law is a violation of the FDCPA and CUTPA.[25]

## VI.  COUNT I

### Violation of the FDCPA §1692e , e(2) or f By GT

**6.1**    GT controlled, managed, ratified and/or participated in *at least* two collection actions one which culminated in judicial action and one outside of the Court that threatened the Consumers' property directing ValleCastro to two alleged creditors leaving her and Valle confused and making it impossible to determine the character, amount or legal status of the alleged debt.  Therein appearing to violate FDCPA *§1692e, -e(2)* or *f.*

**6.2**    GT initiated two collection actions under the false pretense of being a "servicer" or otherwise concealed that their capacity during said time was that of a debt buyer. Therein appearing to violate FDCPA *§1692e* or *f.*

## VII.  COUNT II

### Violation of the FDCPA 1692e, e(14) or -f By Defendants-GT, Kendrick, TMM, Johnson And Marohn

**7.1**    ValleCastro incorporates the preceding paragraphs.

*Collecting Under A False Pretense Via Furnishing Deceptive Form(s)*

**7.2**    Two communication(s) by the alleged agents advancing a collection action appears to contravene the  FDCPA, to the extent it [the document(s)] allege its origin, directive or control as originating from GECRB or on behalf and/or authority of GECRB and/or utilize their name for the same (all the communications do), therein the agents apparently violate FDCPA *§1692e , -e(14)* or *f.*

---

[25] See - *Picht v. Jon R. Hawks, Ltd.*, 236 F.3d 446, 448 (8th Cir. 2001) ("The FDCPA prohibits, inter alia, the use of debt collection practices that violate state law."); *Gaetano v. Payco*, 774 F. Supp. 1404, 1415 & n.8 (D. Conn. 1990) (violation of the Consumer Collection Agency Act, now codified at Conn. Gen. Stat. §36a-800).

2nd AMENDED COMPLAINT
- 11

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

**7.3**     At all time material, TMM/Marohn managed, ratified participated or otherwise approved of the furnishing of forms--dunn and AoI.

**7.4**     At all time material, TMM and Marohn approved and or ratified the truthfulness and accuracy of the contents of said forms.

***The Dunning Notice***

**7.5**     The dunning -

| | |
|---|---|
| a. | Falsely asserted GECRB was attempting to collect an "outstanding balance" of $45,731.68—they weren't. |
| b. | Falsely asserted a non-existing agency status as a "trustee" and/or being retained by GECRB. |
| c. | Falsely implied, through the use of a letter head of an attorney, that legal action could be taken on behalf of an alleged creditor [whose capacity was a debt collector] and whose actions were obviated by CT public policy. |
| d. | Furnished an intentionally vague form with a party referenced as a plural and a male leaving ValleCastro uncertain about the source of said demand. |
| e. | The amount demanded in the dunning letter was substantially in excess of the amount charged off and/or excessively more then amount the defendants [GT or TMM] paid for the obligation. Therein appearing to violate FDCPA *§1692e(2)*. |
| f. | Addressed to a male and Valle is the only male living in the house and accordingly opened the letter. Therein appearing to violate FDCPA *§1692c(b)*. |

***The AoI Letter***

**7.6**     TMM/Marohn made an independent professional judgment to utilize an "affidavit" received from its debt-buyer client and either refused or was reckless in determining whether any underlying documentation for the debt was available, nor did they review the alleged contracts governing the sale of accounts to determine whether those contracts disclaimed any warranties regarding the accuracy or validity of the debts and/or whether they were eligible for judicial action .

**7.7**     The agents AoI Letter -

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

| a. | Recited a non-existing account that confused ValleCastro. |
| b. | Falsely asserted that the "deponent" Kendrick had a delegated authority as a "officer or agent" of GECRB—he didn't. |
| c. | Falsely asserted the "deponent" had first hand knowledge on the matter asserted. . |
| d. | Falsely asserted that a creditor was demanding payment on ValleCastro—no such entity was. |
| e. | *Kendrick* falsely implied that the alleged plaintiff has suffered a financial injury; having been aggrieved or harmed as a direct and proximate result of the ValleCastro. |
| f. | *Kendick* fails to communicate--with material clarity--his knowledge of GECRB's business records so as to allow Vallecastro to determine how to respond. His *direct participation* was executed within the regular course of business or not. |
| g. | *Kendrick* concealed the legal status as being charged with an illegible reference with no date of when the alleged account was charged off leaving ValleCastro uncertain about the referenced account and its legal status—it was either "charged off" before or after the statute of limitations. |
| h. | *Kendrick* unfairly made sworn statements that implicated money claims under the name of an alleged creditor for the favor of his debt buyer employer. |
| i. | *Kendick*, the "declarant" uses the terms "defendant", "plaintiff", "damages" and "deponent" which cause the impression to ValleCastro that a legal proceeding is imminent and that she should pay up immediately although the defendant did not file until September 9th 2013 almost three months later. |
| j. | *Marohn* as an attorney presumed at all times to know the law, affixed his name on an instrument that falsely implied that a submission devoid of being averred to has "true and correct" qualified by "*to the best of my information and belief* and not sworn under the penalties of perjury could effectively be converted to an affidavit--unfairly leaving the Consumers unclear as to the authenticity of the instrument -- it's contents are either "true" and "correct" or not; this qualifier blurred that distinction leaving ValleCastro to question the "deponents" credibilty therein rendering its source untrustworthy and in doubt. |
| k. | TMM provided no dated payment history of the alleged account thereby denying ValleCastro the ability to dispute "ANY PORTION" as apparently required by statute. |

**7.8**     Both of the agents forms appear to violate FDCPA *§1692e* or *f*   .

## VIII. <u>COUNT III</u>

### Violation of the FDCPA §1692e(5) -8,  by Each Defendants' Action(s) And In Apparent

### Contravention of State Law By GT

**8.1**     Plaintiffs reincorporates all preceding paragraphs.

***True Name Provision***

**8.2**     To the extent GT authorized the current state action in the name of GECRB appears to violate the

spirit if not the letter of the true name provision as contemplated within Connecticut public policy at

C.G.S *§36a-801c* therein appearing to concurrently violate FDCPA *§1692e(5).*

***True Location(s) Provision***

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

1

**8.3**   GT advances their collection efforts from the locations of Illinois and South Dakota.[26]

2

3

|   | Date | Communication | Location | Exhibit |
|---|------|---------------|----------|---------|
| a. | Jan. 3rd 2014 | NBHT Billing | PO Box Palantine, Illinois 60094 | I |
| b. | Jan. 27th 2014 | Correspondence | Rapid City, SD 57709 | L |
| c. | Feb. 3rd 2014 | NBHT Billing | PO Box Palantine, Illinois 60094 | M |
| d. | Feb. 21st 2014 | Correspondence | Rapid City, SD 57709 | O |
| e. | Apr. 17th 2014 | Correspondence | Rapid City, SD 57709 | P |
| f. | May 7th 2014 | Correspondence | Rapid City, SD 57709 | S |

4

5

6

7

8

**8.4**   Connecticut appears to license collection agencies and accordingly mandates a fee of five

9

hundred dollars [$500] at C.G.S *§36a-801(1)(c)* per agency location.

10

**8.5**   According to the Connecticut Department of Banking, GT has licenses #29209 and #28878 for

11

the respective locations of Ohio and Arizona.

12

13

| 29209 | Green Tree Servicing LLC | 378 Blackbrook Road | Painesville | OH | 44077 | (877) 495-1972 |
|-------|--------------------------|---------------------|-------------|----|-------|----------------|
| 28878 | Green Tree Servicing LLC | 7360 S. Kyrene Road | Tempe | AZ | 85283 | (877) 835-6465 |

14

15

**8.6**   Connecticut public policy as referenced immediately above states, in relevant part that[27] -

16

17

(c) No person licensed to act within this state as a consumer collection agency shall do so under any other name or at *any other place of business than that named in the license.* Any change of location of a place of business of a licensee shall require prior written notice to the commissioner. *Not more than one place of business shall be maintained under the same license* but the commissioner may issue more than one license to the same licensee upon compliance with the provisions of sections 36a-800 to 36a-810, inclusive, as to each new licensee. A license shall not be transferable or assignable. Any licensee holding, applying for, or seeking renewal of more than one license may, at its option, file the bond required under section 36a-802 separately for each place of business licensed, or to be licensed, or a single bond, naming each place of business, in an amount equal to twenty-five thousand dollars for each place of business. (emphasis added)

18

19

20

21

22

**8.7**   Accordingly, it would appear that GT acted from location(s) other than those licensed above,

23

have not paid due fees to the State of Connecticut responsive to said locations although said fees would

24

be due and payable to Connecticut and as such GT appears to violate public policy at C.G.S *§36a-801c*

25

26

[26] *Dkt.# 101.00* 07/24/2014 - "AFFIDAVIT FEDERAL LOSS MITIGATION PROGRAMS (JD-CL-114)" and *Dkt.# 112.00* 11/04/2014

27

'SUPPLEMETAL AFFIDAVIT"

28

[27] See - http://www.ct.gov/dob/cwp/view.asp?a=2233&q=297872 (last visited 1/14/15)

2nd AMENDED COMPLAINT
- 14

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

and C.G.S *§36a-802*.  NBHT/GT appears to concurrently violate FDCPA *§1692e(5)*.

*Assumption of Authority*

**8.8**     At no point did GECRB ratify the commencement of the collection campaign culminating in the State action. Therein appearing to FDCPA *§1692e(5)* or *f*.

**8.9**     GT has employed TMM without written authorization to act where no such authorization in writing to act as such creditor's agent in the selection of an attorney was granted to GT and TMM's knowledge to the same therein GT appears to violate the spirit if not the letter of Connecticut public policy at C.G.S *§36a-805a(4)* and agents concurrently appear to violate FDCPA *§1692e(5)*.

**8.10**    The agents initiated an action on a purchased or assigned obligation for the purpose of instituting a suit thereon.  Therein appearing to violate FDCPA *§1692e(5)*; GT appears to concurrently violate Connecticut public policy at C.G.S *§36a-805a(1), -(3)*.

**8.11**    NBHT has made a payment request on a purchased claim for purposes of collection and within two pending judicial proceedings therein appearing to violate FDCPA *§1692e(5)* and concurrently appearing to violate public policy at C.G.S *§36a-805a(3)*.

*Dispute Notification*

**8.12**    The agents state court filings were communications to a person  (a state court) wherein **all** parties appear to be debt collectors yet nowhere within their communications did they aver that the alleged obligation at issue was in dispute therein appearing to violate FDCPA *§1692e(8)*.

**8.13**    As a direct and proximate result of the agents collection activities, ValleCastro has suffered actual damages. *B. Affid.* ¶13

## IX. <u>COUNT V</u>

### Violation of FDCPA Insufficiency Of Validation By GT, Kendrick, TMM and Marohn

**9.1**     Plaintiffs incorporate the preceding paragraphs.

**9.2**     Upon request, TMM utilized "their client" to furnish an AoI in response to ValleCastro's VoD.

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

1   **9.3**      The VoD does not appear to be a sufficient validation in that -

2              **a.** no creditor was claiming ValleCastro owed anything nor did the TMM consult a "creditor" for

3   the information furnished.

4              **b.** consumer was not provided a means to dispute an "ANY PORTION" of the alleged obligation

5   as there was nothing itemized to which dispute and therein interfering with their ability to decide and

6   discern the validity of the current demand.

7              **c.** although such furnishment of a *dated* payment history with a description of the charges-- ie. an

8   itemized accounting, would appear to be both easy to provide and lead to more speedy resolution, TMM

9   **refused** and instead provided what appears to be a deceptive form—GT, Kendrick and Marohn made a

10  collective decision to withhold dated payment history, obscure the "charged off" status and were

11  unrelenting in their ambition to engage the judicial machinery--denying the second request and third

12  request by ValleCastro.

13  **9.4**      For the aforementioned reasons, the agents appear to have violated FDCPA *§1692g(b)* or *-e(10).*

14
                        ## X.  COUNT VI

15               ### Serial Violation of FDCPA §1692g(b) or e(10) By GT and NBHT

16  **10.1**     Plaintiffs incorporate the preceding paragraphs.

17
    **10.2**     On or about <u>January 17th 2014,</u> ValleCastro sends GT a VoD in response to an NBHT claim of
18
    ownership/creditor which appears to be unlawfully pursued in the State Court. ***Ex. J***
19
    **10.3**     On or about the dates below, ValleCastro receives -
20

21  | | Date | Communication | Exhibit |
22  |---|---|---|---|
    | a. | Jan. 27th 2014 | Gree Tree Servicing, LLC., - sends a communication <u>without validating</u>. | L |
23  | b. | Feb. 3rd 2014 | National Bear Hill Trust/Green Tree Serving – Monthly Statement Billing | M |
    | c. | Feb. 21st 2014 | Gree Tree Servicing, LLC., - sends a communication <u>without validating</u>. | O |
24  | d. | Apr. 17th 2014 | Gree Tree Servicing, LLC., - sends a communication <u>without validating</u>. | P |

25  **10.4**     GT never validated Consumers' request prior to any of the of the above mentioned

26  communications.

27  **10.5**     On or about <u>April 17th 2014,</u> ValleCastro sends GT another VoD. ***Ex. Q***

28  2nd AMENDED COMPLAINT
    - 16

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

**10.6**    On or about May 7th 2014, GT sent ValleCastro another communication without validating the debt. *Ex. S*

**10.7**    GT never validated Consumers' request prior to any of the of the above mentioned communications and appears to do so defiantly .

## XI.  COUNT VII

### Violation of CUTPA By All Defendants By Way Of Furnishing Deceptive Form(s), In

### Breach of Federally Mandated Protections

**11.1**    Plaintiffs incorporate the preceding paragraphs.

**11.2**    At all times material **GT** conducts the following acts against and to the detriment of Consumers that appear to be deceptive, unscrupulous and/or offensive to public policy -

| |
|---|
| a. Utilized the pretense of servicing on behalf of GECRB, where no such principal-agent relationship existed. |
| b. Solicited payment demands where no such demands were authorized by GECRB. |
| c. Utilized a deceptive form that withheld and or obsured the alleged debt's legal status so as to circumvent CT public policy. |
| d. Took a legal action under the pretense of a participating creditor where no such creditor existed. |
| e. Took a legal action barred by CT public policy--federal and state. |
| f. Directed an action, from locations [Illinois and South Dakota offices] other than one(s) licensed with the State of Connecticut according to the CT Department of Banking [dully licensed to act from Ohio and Arizona offices] therein appearing to frustrate public policy. |
| g. Directed an action, through their Tennessee offices, to place ATDS capable calls to Valle from a location other than those location licensed with the State of Connecticut at CCAA §36a-801c. |
| h. Split an alleged obligation in two so as to enjoy double profits, insurance perks, tax write-off benfits at the expense of the consumers' property, resources and reputation. |
| i. Unlawfully commenced the collection action, as alleged herein, in the name of another party therein appearing to fustrate public policy. |
| j. Confused Consumers by representing themselves as a "servicer" for two different "creditors" leaving Consumers uncertain as to their rights and the source of authority. |
| k. Witheld the capacity as an apparent debt buyer status through use of the term "servicer" therin disguising their demand of a charged off, securitized debt comodity in a practice akin if not the same as-- double dipping. |
| l. utilized an over burdened court as part of a collection practice depleting community resources and making a mockery of out of those who the community entrust for law, equality and justice. |
| m.  Initiated, authorized and/or participated in a communication that threatened to tamper with public records at the expense and/or to the detriment of Consumers' property. |
| n. Put ValleCastro at risk of suffering financial hardship as a direct and proximate result of two unlawful/unauthorized collection campaigns. |

**11.3**    At all times material **TMM** conducts the following acts against and to the detriment of Consumers that appear to be deceptive, unscrupulous and/or offensive to public policy and/or immoral -

2nd AMENDED COMPLAINT
- 17

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

| |
|---|
| **a.** Furnished a deceptive form in response to a VoD alleging the document(s) had its origin, directive or control as originating from GECRB or on behalf and or authority of GECRB when TMM knew to the contrary. |
| **b.** Furnished a deceptive form in response to a VoD whose content failed to disclose or otherwise obscured that the alleged obligation was charged off and not eligible for judicial action or otherwise leaving Plaintiffs unable to determine its legal status . |
| **c.** Assisted a company in violating CT public policy unlawfully putting CT residents/consumers at risk. |
| **d.** Has threatened to destabilize a family as an unretained collection firm whose activities are functionally entrepreneurial to the extent that it seeks to convert tradeable debt buyer commodities [photocopies of photocopies of alleged debts] into post judgment remedies effectively utilizing a BAR card like a debt/stock broker's license--beneath the cover of judicial intercourse. |
| **f.** Furnished an alleged "affidavit" in response to a VoD that contained no itemized payment history or charge descriptions making it difficult to determine the accuracy and source of its contents. |

**11.4**    At all times material **NBHT** conducts the following acts against and to the detriment of Consumers that appear to be deceptive, unscrupulous and/or offensive to public policy and/or immoral -

| |
|---|
| **a.** Initiated, authorized and/or participated in a collection action wherein the underlying obligation was within the pendency of two judicial proceedings. |
| **b.** Initiated, authorized and/or participated in a collection action that was in violation with public policy at CCCAA §36a-805a(3). |
| **c.** Threatened to tamper with public records at the expense and/or to the detriment of Consumers. |

**11.5**    As a coordinated enterprise, the agents appear to have violated the FDCPA/CUTPA as described above, with actual knowledge or knowledge fairly implied on the basis of objective circumstances adjudged by the standard of public decency and/or as the least sophisticated consumer would reasonably apprehend so.

**11.6**    As a direct and proximate result of the agents collection activities, ValleCastro has suffered actual damages. *B. Affid.* ¶6

**11.7**    In their communication/collection efforts, the defendants appear to violate the CUTPA *§42-110(b), -(a)* and a reasonable person would find unfair oppressive, unscrupulous and/or deceptive.

## XII.  **COUNT VIII**

### Violation of the TCPA §227 by GT's *Phone Calls*

**12.1**    Plaintiffs incorporate the preceding paragraphs.

**12.2**    At all time material, Valle received GT's call at cell phone number 860-xxx-4993.

**12.3**    At all time material, GT originated call(s) from phone numbers 615-851-3423 and/or 615-851-3428 and/or 615-851-3429 and/or 615-851-3430 and/or 615-756-3165 and/or  615-756-3168 and/or 615-

2nd AMENDED COMPLAINT
- 18

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

1  756-3171 and/or 615-756-3175 and/or 615-756-3178 and/or 615-756-3187.

2  **12.4**    All of GT's calls, as alleged herein, utilized automatic telephone dialing equipment ("ATDS**")**

3  **capable** equipment.[28]

4  **12.5**    All calls appear to originate form an area code known to be associated with Tennessee and from

5  an office of GT in that state.

6  **12.6**    As a matter of policy, GT's natural course of phone communications are <u>not</u> TCPA ompliant nor

7  in compliance with CT public policy.

8  **12.7**    GT causes Plaintiffs cell phone to ring – ("*on or around date*" *["at or about time"]* **<u>all in 2013</u>** )

9  incorporated to each of the following -

10
11  *(a)* April 23rd [1:50 PM]     *(b)* April 24th [1:50 PM]     *(c)* April 27th [9:53 AM]     *(d)* April 29th [3:28 PM]
    *(e)* April 29th [3:29 PM]     *(f)* May 3rd [12:47 PM]     *(g)* May 9th [4:37 PM]     *(h)* May 10th [4:43 PM]
    *(i)* May 13th [7:46 PM]     *(j)* May 16th [3:51 PM]     *(k)* May 20th [7:30 PM]

12

13  **12.8**    GT does not offer an automated opt out within <u>any</u> of their communication.

14  **12.9**    GT's communications delivered -

15      **a.** no responsive human interaction within a few seconds upon picking up and/or

16      **b.** provided a prerecorded message along the lines of, *"This call may be recorded...".*

17  **12.10**    GT unfairly participated in a collection campaign that did not allow Valle to determine the nature,

18  origin of the communication and otherwise engaged Valle in a communication that would implicitly have

19  Valle participate in an action that sought to undermine CT public policy and wherein GT sought to

20  materially benefit therefrom.

21
22  **12.11**    GT is liable for any action(s) of its employees committed within the scope and line of their

23  employment.

24  **12.12**    Plaintiffs contend that GT's phone records will reflect several other calls to Plaintiffs that are not

25  as yet alleged in this Complaint.

26
27  [28] Id. § 227(a)(1). The Federal Communications Commission ("FCC") slightly altered this definition in its regulations. The FCC determined that 'equipment that dials a list of numbers (such as a business's list of customers), rather than dials random or sequential numbers, is still an ATDS, because 'the basic function of such dialing equipment' is the same—'the capacity to dial numbers without human intervention.'" *Gragg v. Orange Cab Co.*, No. C12-0576RSL, 2013 WL 1788479, at *2 (W.D. Wash. Apr. 26, 2013) (quoting Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991, 73 Fed. Reg. 6041, 6042 (Feb. 1, 2008)).

28  2nd *AMENDED COMPLAINT*
- 19

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

**12.13**    Plaintiffs have never given GT prior invitation or written permission to call Valle on his cell phone.

**12.14**    Plaintiffs have never given GT expressed invitation or permission (written or otherwise) to call Valle on his cell phone.

**12.15**    GT's communications were not an emergency.

**12.16**    GT's communication were during the highest rate of usage and accordingly inconvenient for Valle.

**12.17**    As a direct and proximate result of the GT's communication with Valle and collection activities, directed toward  ValleCastro, Valle has suffered actual damages. *N. Affid.* ¶¶*5, 6*

**12.18**    In their communication efforts, GT appears to have violated  the TCPA, *§227 (b)(1)(a)(iii)* and CUTPA *§42-110(b), -(a)*  has demonstrated a conduct that a reasonable person would find unfair.

## XIII. <u>NOTICE OF PUBLIC CONCERN</u>

**13.1**     The Plaintiffs have reason to believe and regrettably so, that the policies – whether articulated or unspoken – and pattern of practices alleged herein by both GT and TMM **have been institutionalized**—particularly initiating lawsuits in the name of a putative creditor or the false representation of being retained by the same. This coordinated enterprise between debt buyer and collection firm has critically impacted and irreparably harmed untold families in Connecticut on a **MASSIVE** scale.  However, it would appear that only a comprehensive audit of each entities collection practices can determine with reasonable certainty, such impact--if any, and to what extent.[29]

---

[29]  Particularly retention contracts that disclose the true clients, pre-litigation documents responsive to issues of standing for the purposes of instituting civil suits and consumer indebtedness representations for purposes of consumer verification. (to name a few) Indeed, just a cursory look at state court pleadings and we find no direct injury plead...no causation....it is only shadow casted in form but lacks legal blood in substance.

2nd AMENDED COMPLAINT

- 20

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

1

## XIV. PRAYER

2  **14.1**  *Relief Requested*,  include -

3  **Sought by Valle**

4  *a.* Monetary damages of $500 pursuant to TCPA *§227(b)(3)(B)* per violation.

5  *b.* Treble damages of $1500 per violation pursuant to TCPA *§227(b)(3)(C)* per violation after the

6  first call.

7  *c.* Monetary damages of $5,000 pursuant to CUTPA *§42-110(g)(a)* against GT.

8
9  *d.* An injunction enjoining defendant GT to cease violative communications outside of the

10  mandates prescribed by the TCPA.

11  **Sought by ValleCastro**

12  *f.* Adjudging each defendant a debt collector.

13  *g.* Monetary damages of $1,000 pursuant to FDCPA *§1692k* per liable defendant.

14  *h.* Monetary damages of $5,000 pursuant to CUTPA *§42-110(g)(a)* per liable defendant.

15  *i.* Actual Damages pursuant to FDCPA for emotional distress per liable defendant to be

16  determined by the jury.

17  *j.* Actual Damages equaling the amount unlawfully sought in State Court per liable defendant as a

18
19  matter of equity or in the event the defendants are successful in their lawless pursuit of attaining a

20  judgment.

21  *k.* Punitive Damages pursuant to CUTPA *§42-110g(a)* per liable defendant to be determined by

22  the Court.

23  *l.* An injunction enjoining agents to cease violating the rights and property of the Consumers.

24  *m.* Attorneys fees and costs, as they may bare, pursuant to the FDCPA/CUTPA.

25  *n.* Any such further relief as the Court may deem just, right and equitable under the circumstance

26
27
28

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

1

2

## XIV. DEMAND FOR JURY TRIAL

**14.1**   Plaintiffs hereby respectfully requests a trial by jury of all issues so triable as a matter of law.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2nd AMENDED COMPLAINT
- 22

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## AFFIDAVIT IN SUPPORT OF AMENDED COMPLAINT

For My Cause, I, Nelson Valle state that, I am over 18 years of age and of sound mind having been dully sworn and off my own free will, stating here of my own personal knowledge:

**1.** The attachments that I have provided as exhibits with this motion are a true and correct copy of the original and that I have not altered, modified or fabricated its contents whatsoever.

**2.** That, as agent/administrator for my mother, due to her medical conditions, I was tasked with addressing all her personal financial matters wherein I have received conflicting, contradicting and confusing information from the defendants regarding their alleged source of authority—and have had great difficulty in determining the authenticity of documents; determining which of the two "creditors" was who; what consumer protection rights may be applicable responsive to verification request, etc. -- which has interfered with my fiduciary responsibility of providing accurate information to my principal-mother which has impaired our decision making thereupon.

**3.** That I have received phone calls without my written or express consent from number(s) that appear both to be from Tennessee and known numbers utilized by Green Tree Servicing, LLC.

**4.** That, as agent/administrator for my mother, I have conducted research by way of the *Consumer Financial Protection Bureau* and been able to affirmatively establish that the GE Capital Retail Bank—**by their own communication,** are neither interested in our property nor claim to have a claim of indebtedness—ie., a debt owed to them as alleged by the defendants in the underlying collection action and otherwise directed me to contact Green Tree Servicing, LLC's as it was their belief that they [GT] were collecting on behalf of another entity.

**5.** That as a direct and proximate result of the defendants collection actions, my mental tranquility has been disturbed. I have suffered *undue stress and needless worry for me and family*. I have a loss of joy, cheerfulness and sleeplessness by the thoughts of having to be displaced unlawfully from my home. My lack of success eliciting said information, has added to bouts of frustration, pessimism resulting in feelings of emptiness, disconcerting feelings of helplessness resulting in confusion, lack of energy and vitality to exercise chronic stress, muscle cramps eye-flutter and tension headaches. Through out such time, I have felt deceived, oppressed and at the mercy of a power relationship.

**6.** That as a direct and proximate result of the defendants communication and collection actions, I have incurred financial expenses by way of requesting certified copies of records, travel to and from post office, certified mailings, hours in examining statements of claims as agent for my mother, buying books to assisting us in attempting to defend against the collection actions, etc.

**7.** In all the many communications with the defendants that I have assisted my principal-mother with, I have never seen them [GT] express that they have been harmed, aggrieved or financially injured as a direct and proximate result of any acts or omissions whatsoever responsive to their collection claims/action.

**8.** I believe that this second Amended Complaint is well grounded in fact and warranted by existing laws or by a good faith argument for the extension, modification or reversal of existing laws.

**9.** That I have filed this second Amended Complaint solely for the purposes set forth in it and not interposed for any improper purpose, such as to cause unnecessary delay or create a needless increase in the cost of litigation to the defendants, named in this Complaint.

**10.** That I have filed this second Amended Complaint with a genuine sense of community presence—to the extent that I feel that consumers in this great state are in harms way and are at imminent risk of having their property-real or personal—seriously injured by the defendants coordinated actions as alleged herein and particularly harmed through the means of subverting our court systems and depleting its resources therein undermining an integral pillar by which our my fellow residents rely on as a symbol and staple of decency, equality and civility.

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

1

2                                    **AFFIRMATION**

3        I hereby affirm that I prepared and have read this Affidavit and that I believe the foregoing

4   statements in this Affidavit to be accurate. I hereby further affirm that the basis of knowledge of the
    statements described herein is of my own direct knowledge. Pursuant to *28 U.S.C. § 1746(2)*, I, Nelson

5   Valle, hereby declare (or certify, verify or state) under the penalty of perjury that the foregoing is true and
    correct. Further the Affiant sayeth naught. Signed in Hartford, Connecticut February 5th, 2015.

6

7

8                                    **NOTARY'S VERIFICATION**

9   **STATE OF CONNECTICUT**                              §
    **COUNTY OF HARTFORD**                                §

10

11       On this day personally came before me the above-named Affiant, who proved his identity to my
    satisfaction and she acknowledged his signature on this Affidavit in my presence and stated that she did

12  so fully understanding that she was subject to the penalties of perjury.

13

14  Nelson Valle

15

16  Name of Notary: Lori J Magora

17  Signature of Notary: Lori J Magora

18  My Commission Expires: 9.30.2015

19

20

21

22

23

24

25

26

27

28

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

## AFFIDAVIT IN SUPPORT OF AMENDED COMPLAINT

For My Cause, I, Brunilda ValleCastro state that, I am over 18 years of age and of sound mind having been dully sworn and off my own free will, stating here of my own personal knowledge:

**1.** The attachments that I have provided as exhibits with this motion are a true and correct copy of the original and that I have not altered, modified or fabricated its contents whatsoever.

**2.** I have received conflicting, contradicting and confusing information from the defendants regarding the alleged source of their authority—and have had great difficulty in determining the authenticity of documents; determining what consumer protection rights may be applicable responsive to verification request, etc. Upon opening a communication responsive to a Validation of Debt dated February 21st 2014, the contents referred to an alleged Note yet no such Note was furnished.

**3.** I have not given written/express permission to Green Tree Servicing, LLC., to contact my son on his cell phone.

**4.** I have never authorized or initiated any consumer transaction with Green Tree Services, LLC., responsive to any promissory note.

**5.** In all the many communications with the defendants, they have never expressed that they have been harmed, aggrieved or financially injured as a direct and proximate result of any acts or omissions on my part.

**6.** That as a direct and proximate result of the defendants collection actions, my mental tranquility has been disturbed. I have sustained actual damages which include but not limited to costs incurred in responding to agents unlawful suit, missed employment days, etc. I have had an increasing feeling of nervousness, anger, restlessness resulting in irritability which has caused me to alienate my affections and has dampened my close positive relations. I have suffered embarrassment, humiliation that has sapped my vitality for having my name plastered in public records compelling me to expend an exorbitant amount of energy—mental and emotional in an attempt to set the record straight. The defendants have undermined my sense of stability for both me and my family and has led me to task an increase of responsibility/burden to my son-agent of assisting me through the interim of the collection actions outlined in this complaint because of my bouts with heart, back, hip and knee complications and my declining mental focus requiring stretches of being bed written. Through out such time, I have felt deceived, oppressed and at the mercy of a power relationship.

**7.** I believe that this second Amended Complaint is well grounded in fact and warranted by existing laws or by a good faith argument for the extension, modification or reversal of existing laws.

**8.** That I have filed this Amended Complaint solely for the purposes set forth in it and not interposed for any improper purpose, such as to cause unnecessary delay or create a needless increase in the cost of litigation to the defendants, named in this Complaint.

## AFFIRMATION

I hereby affirm that I prepared and have read this Affidavit and that I believe the foregoing statements in this Affidavit to be accurate. I hereby further affirm that the basis of knowledge of the statements described herein is of my own direct knowledge. Pursuant to *28 U.S.C. § 1746(2)*, I, Brunilda ValleCastro, hereby declare (or certify, verify or state) under the penalty of perjury that the foregoing is true and correct. Further the Affiant sayeth naught. Signed in Hartford, Connecticut February 5th, 2015.

2nd AMENDED COMPLAINT
- 23

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

1

## NOTARY'S VERIFICATION

2
**STATE OF CONNECTICUT**                               §
**COUNTY OF HARTFORD**                                 §

3

4
    On this day personally came before me the above-named Affiant, who proved her identity to my
satisfaction and she acknowledged her signature on this Affidavit in my presence and stated that she did
so fully understanding that she was subject to the penalties of perjury.

5

6
Brunilda ValleCastro

7

8
Name of Notary: Lori J Magoja

9
Signature of Notary: Lori J Magoja

10
My Commission Expires: 9-30-2015

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
2nd AMENDED COMPLAINT
- 24

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

Jack Kendrick's Resume

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

# JACK KENDRICK

**JACK KENDRICK**

| | |
|---|---|
| **OBJECTIVE** | |
| **EMPLOYMENT HISTORY** | **Green Tree Servicing, LLC** |
| | Service bad debt |
| | litigation specialist |
| | ~~Glendale, Arizona~~ |
| | ~~November - 2005 - Present~~ |
| | Collections through legal of recovery accounts |
| | 9/2005 - Present |
| **EDUCATION** | **Glendale High School** |
| | Yes |
| | Some college at University of Arizsona |
| **SKILLS** | Fully computer literate;firm ability to collect past due bills. |
| **LANGUAGES** | weak spanish |
| **PART TIME** | many part time positions in past as needs have warrented, from handling money in a money room at a race track to telemarketing and customer service. |

1
2
3
4
5
6
7
8
9
10
11
12

# EXHIBIT B

Landmark Asset Receivables Management, LLC.
Directed payment notice. 3/27/12

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2ⁿᵈ AMENDED COMPLAINT
- 28

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com



1150 W. Grove Pkwy  Suite 110-A
Tempe, AZ 85283

Landmark Asset Receivables Management LLC

| | |
|---|---|
| Client: Green Tree Servicing LLC | |
| Client #: 15049621 | |
| Balance: $47,553.34 | |
| LRS #: 1001220056 | |
| Amount Enclosed: | |

+ 0399062 000000017 96LM1 0065501
BRUNILDA VALLE CASTRO
66 MONTOWESE ST
HARTFORD CT 06114-3041

---

***Please Return Upper Portion with Payment***

Dear BRUNILDA VALLE CASTRO:

Our client, Green Tree Servicing LLC, has placed the above-referenced account with our agency for collections.  To be handled in the most efficient manner, all future correspondence and payments should be directed to our office at the above-referenced address.

**Help us to help you!**  Please give our office a call at 1-855-530-3860 between the hours of 8 a.m. – 5 p.m. Monday – Friday MST, to discuss the payment options available to you.



Sincerely,

Landmark Asset Receivables Management LLC

This communication is from a debt collector.  It is an attempt to collect a debt, and any information obtained will be used for that purpose.

Initial Demand, 03/27/2012

LTR-00020

C0025-00D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

Landmark Asset Receivables Management, LLC.
New "servicer" 08/22/13

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com



Landmark Asset Receivables Management LLC
1150 W. Grove Pkwy  Suite 110-A
Tempe, AZ 85283



+ 0391690 000000004 9GLMS 0065512
BRUNILDA VALLE CASTRO
66 MONTOWESE ST
HARTFORD CT 06114-3041



Re:  Landmark Asset Receivables Management LLC ("Landmark")
Account No.: 1001220056
Creditor:  Green Tree Servicing LLC

Dear Valued Customer:

Your above-referenced account was transferred from Green Tree Servicing LLC to Landmark on 08/22/2012.  We are pleased to welcome you to Landmark.

Landmark is required to inform you of the following important notice regarding your rights under federal law:

**AS OF 08/22/2012, YOU OWE $47,553.34.  BECAUSE OF INTEREST, LATE CHARGES, AND OTHER CHARGES THAT MAY VARY FROM DAY TO DAY, THE AMOUNT DUE ON THE DAY YOU PAY MAY BE GREATER. HENCE, IF YOU PAY THE AMOUNT SHOWN ABOVE, AN ADJUSTMENT MAY BE NECESSARY AFTER WE RECEIVE YOUR CHECK, IN WHICH EVENT WE WILL INFORM YOU BEFORE DEPOSITING THE CHECK FOR COLLECTION. FOR FURTHER INFORMATION, CONTACT CUSTOMER SERVICE AT THE BELOW-REFERENCED ADDRESS OR TOLL-FREE NUMBER.**

**UNLESS YOU NOTIFY US WITHIN THIRTY (30) DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT, OR ANY PORTION OF THE DEBT, WE WILL ASSUME THAT THE DEBT IS VALID.  IF YOU NOTIFY US IN WRITING WITHIN THIRTY (30) DAYS OF RECEIVING THIS NOTICE, WE WILL OBTAIN VERIFICATION OF THE DEBT (OR OBTAIN A COPY OF A JUDGMENT, IF THE DEBT HAS BEEN REDUCED TO JUDGMENT) AND MAIL THE VERIFICATION TO YOU.  IN ADDITION, UPON YOUR WRITTEN REQUEST WITHIN THIRTY (30) DAYS AFTER RECEIVING THIS NOTICE, WE WILL ALSO PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.**

To ensure timely posting of your payments, please send all payments to your new servicer at the address indicated below:

**Landmark Asset Receivables Management LLC**
**1150 W. Grove Pkwy**
**Suite 110-A**
**Tempe, AZ 85283**

Debt Validation, 04/09/2012

LTR-00190

We at Landmark are honored to serve you. If you need to contact us or have any questions, please call Landmark at 1-855-530-3860, from 8 a.m. – 5 p.m. Monday – Friday MST, or write to us in regard to this debt at Landmark Asset Receivables Management LLC, 1150 W. Grove Pkwy Suite 110-A, Tempe, AZ 85283.

Respectfully,

Landmark Asset Receivables Management LLC

This communication is from a debt collector. It is an attempt to collect a debt, and any information obtained will be used for that purpose.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D
TMM Dunning: 05/02/13

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

# TOBIN & MELIEN

ATTORNEYS AND COUNSELORS AT LAW
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

45 COURT STREET
NEW HAVEN, CONNECTICUT 06511
TELEPHONE (203) 777-6660
FACSIMILE (203) 777-1817

May 2, 201

Castro Brunilda Valle
66 MONTOWESE ST

HARTFORD, Connecticut 06114

RE:  GE Capital Retail Bank
     **OUR FILE NUMBER:  13-01378-0**
     REFERRED BALANCE: $45,731.68

Dear Castro Brunilda Valle :

## PLEASE READ

UNLESS THE CONSUMER (YOU), WITHIN THIRTY (30) DAYS AFTER RECEIPT OF THIS
NOTICE, DISPUTES THE VALIDITY OF THE DEBT, OR ANY PORTION THEREOF, THE DEBT
WILL BE ASSUMED TO BE VALID BY THE DEBT COLLECTOR (US).

IF THE CONSUMER (YOU) NOTIFIES THE DEBT COLLECTOR (US) IN WRITING WITHIN THE THIRTY
(30) DAY PERIOD THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, THE DEBT
COLLECTOR (US) WILL OBTAIN VERIFICATION OF THE DEBT OR A COPY OF A JUDGMENT AGAINST
THE CONSUMER (YOU) AND A COPY OF SUCH VERIFICATION OR JUDGMENT WILL BE MAILED TO TH
CONSUMER (YOU) BY THE DEBT COLLECTOR (US).

UPON THE CONSUMER'S (YOUR) WRITTEN REQUEST WITHIN THE THIRTY (30) DAY PERIOD, THE
DEBT COLLECTOR (US) WILL PROVIDE THE CONSUMER (YOU) WITH THE NAME AND ADDRESS OF TH
ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

**THIS IS AN ATTEMPT TO COLLECT A DEBT.  ANY FURTHER INFORMATION OBTAINED WILL
BE USED FOR THAT PURPOSE. THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.**

     Please be advised that our office represents GE Capital Retail Bank in connection
with the collection of the account referenced above.

     Please forward your check or money order for the above amount listed as OUTSTANDING
BALANCE payable to Tobin Melien & Marohn, Trustees, to the above address.  Please indicat
OUR FILE NUMBER, as stated above, on all remittances and correspondences to our office.

     Thank you for your attention to this matter.

                    Very truly yours,

                    TOBIN MELIEN & MAROHN

                    BY: _____
                        JOSEPH M. TOBIN, P.C.

                              13-01378-0/M90-NTO

PLEASE READ THE NOTICE ON THE REVERSE SIDE

<u>PLEASE READ</u>

UNLESS THE CONSUMER, (YOU) WITHIN THIRTY DAYS AFTER RECEIPT OF THIS NOTICE, DISPUTES THE VALIDITY OF THE DEBT, OR ANY PORTION THEREOF, THE DEBT WILL BE ASSUMED TO BE VALID BY THE DEBT COLLECTOR (US);

IF THE CONSUMER, (YOU) NOTIFIES THE DEBT COLLECTOR (US) IN WRITING WITHIN THE THIRTY-DAY PERIOD THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, THE DEBT COLLECTOR (US) WILL OBTAIN VERIFICATION OF THE DEBT OR A COPY OF A JUDGMENT AGAINST THE CONSUMER (YOU) AND A COPY OF SUCH VERIFICATION OR JUDGMENT WILL BE MAILED TO THE CONSUMER (YOU) BY THE DEBT COLLECTOR (US), AND

UPON THE CONSUMER'S (YOU) WRITTEN REQUEST WITHIN THE THIRTY-DAY PERIOD, THE DEBT COLLECTOR (US) WILL PROVIDE THE CONSUMER (YOU) WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT E

VoD request to TMM: 05/13/13

2nd AMENDED COMPLAINT
- 31

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

United States Postal Service Certified Mail
Number:  7012 3460 0001 8981 6877

Dated:  May 13th, 2013

c/o Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114

To:  TOBIN, MELIEN & MAROHN (Attn: JOSEPH M. TOBIN)
45 Court St..
New Haven CT 06511

**Notice to Agent is Notice to Principle – Notice to Principle is Notice to Agent**

Re: NOTICE OF DISPUTE/DEBT VALIDATION/OFFER TO PROVE UP YOUR CLAIM

Dear Joseph M. Tobin,
I have recently received a letter (dated May 2, 20013) regarding an alleged balance which referenced GE Capital Retail Bank. I am a bit confused. There is no information provided with any type of specificity. I am disputing the validity of this debt in its entirety. I will patently wait for your response by mail. Govern yourself accordingly.

Respectfully,
Brunilda ValleCastro

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT F

Kendrick's Affidavit of Indebtedness 06/14/13

2ⁿᵈ AMENDED COMPLAINT
- 32

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

45 COURT STREET
NEW HAVEN, CONNECTICUT 06511
TELEPHONE    (203) 777-6660
FACSIMILE    (203) 777-1817

June 14, 2013

Castro Brunilda Valle
66 MONTOWESE ST

HARTFORD, Connecticut 06114

**RE:   GE CAPITAL RETAIL BANK**
      ACCOUNT NUMBER(S):  XX6493
      **OUR FILE NUMBER:      13-01378-0**

Dear Castro Brunilda Valle / :

We have submitted the information you recently provided to us for our client to investigate.  The results are listed below:

| Please see attached documents from our client. |
| --- |

Feel free to contact our office with any questions you may have.

Very truly yours,
TOBIN MELIEN & MAROHN

BY: _____
   William L. Marohn, Esq.
   JOSEPH M. TOBIN, P.C.

13-01378-0/IC-FJP

This document is certified as a true and exact copy of the original and has been mailed by the undersigned on:

_____
                    Name:  6-14-13

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.

## AFFIDAVIT OF VERIFICATION IN RESPONSE TO DISPUTED DEBT

The undersigned, being duly sworn, deposes and says:

1.    That the Deponent is over the age of eighteen years and believes in the obligation of an oath and is familiar with the books and records of the Plaintiff, **GE CAPITAL RETAIL BANK**.

2.    That the said Defendant(s) **CASTRO BRUNILDA VALLE** is/are truly and validly indebted to the Plaintiff relative to a financial agreement  (ACCOUNT/CHARGE OFF ACCOUNT NO: 766493).

3.    The Plaintiff owns all rights, title and interest in the debt.

4.    That according to the Plaintiff's business records there is currently due the sum of $45,731.68 in damages.

5.    That although demand has been made, the Defendant(s) has/have failed, refused and/or neglected to pay same.

13-01378-0
VDD / NTO

THIS IS AN ATTEMPT TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.

TOBIN & MELIEN - A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
ATTORNEYS AT LAW — 45 COURT STREET - NEW HAVEN, CT 06511
TEL. (203) 777-6660 — FAX (203) 777-4817 — JURIS NO. 411069

TOBIN & MELIEN - A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
ATTORNEYS AT LAW – 45 COURT STREET – NEW HAVEN, CT 06511
TEL. (203) 777-6660 – FAX (203) 777-1817 – JURIS NO. 411062

6.    The forgoing matters are, to the best of my information and belief, true and correct.

_Jack Kendrick_

Personally appeared, Jack Kendrick , officer/agent of GE CAPITAL RETAIL

BANK, and made oath to the truth of the foregoing Affidavit before me on this 4th day of

June , 2013.





NOTARY PUBLIC
MY COMMISSION EXPIRES
8/15/16

GABRIELA VIVIAN
Notary Public, State of Arizona
Maricopa County
My Commission Expires
August 15, 2016

13-01378-0
VDD / NTO

THIS IS AN ATTEMPT TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED
FOR THAT PURPOSE. THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.

# 15 U.S.C. 1692g(b) CREDITOR INFORMATION

**ORIGINAL CREDITOR NAME:** _GE Money Bank_

**ORIGINAL CREDITOR ADDRESS:** _4246 S. Riverboat Rd_
_Suite 200 Salt Lake City, Utah 84123_

13-01378-0
VDD / NTO

THIS IS AN ATTEMPT TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED
FOR THAT PURPOSE. THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT G

VoD request to TMM 07/03/13

2nd AMENDED COMPLAINT
- 33

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

Dated:  July 3rd, 2013
United States Postal Service Certified Mail
Number – 7012 3460 0001 8981 1988


c/o BRUNILDA VALLE CASTRO
66 Montowese St.
Hartford, CT 06114

TO:  TOBIN MELIEN & MAROHN
 45 Court Street
New Haven, Connecticut


CC:  Office Legal Counsel and/or Office of Compliance, William L. Marohn, Joseph M. Tobin & Jack Kendrick

RE: **NOTICE OF DEBT VALIDATION/GOOD FAITH INVESTIGATION**

REF.: Account Number(s): xx6493

INCLUSIVE: **NOTICE TO AGENT IS NOTICE TO PRINCIPLE**

**To Whom it May Concern,**
       I am in receipt in of your correspondence dated June 14, 2013 with an account referencing xx6493 and an inclusive affidavit by a Mr. Jack Kendrick. The affidavit claims to support an obligation owed or due to be owed. I remain with more questions than I previously had, specifically with the legal status of the alleged obligation in question.

1.) Can you please provide the original account number originating the alleged obligation?
2.) Is such account number [from question #1] the same as "ACCOUNT/CHARGE OFF ACCOUNT NO: 766493" as stated in Mr. Jack Kendrick's affidavit?
3.) Can you provide, with the assistance of  Mr. Jack Kendrick, the accounting and ledger of the alleged obligation including showing payment history, arrears, interest,etc.?

This alleged obligation is further disputed wherein I respectfully ask to be furnished with a validation. I understand that litigation is very expensive and should be avoided where possible. It is my hope that this matter can be resolved amicably. Thank you in advance for your cooperation. I will patiently await your response. Govern yourselves accordingly.


Respectfully,
*Brunilda ValleCastro*

1
2
3
4
5
6
7
8
9
10
11
12
# EXHIBIT H
National Bear Hills Trust Transfer [12/18/13] 01/03/13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2nd AMENDED COMPLAINT
- 34

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

*Mailing Service Return Address Only*

31 64 00007041 358433

PO Box 1073
Wilmington, DE 19899

--------------------------------



January 17, 2014

ⁿᵤ[[ʰ[ʰᵤᵢ[[ᵢ]ᵤᵢ]ᵢ[ʰᵢ]][ʰ]ᵢᵢ]]ᵢᵢ]][ᵢᵢ]][ʰᵢ]ᵤ[[ʰᵢ]ᵤ[ᵢ]ᵢ[[ᵢ]ʰᵢᵢ]ᵢᵢ]ᵤ]ᵢ

VALLE CASTRO BRUNILDA
66 MONTOWESE ST
HARTFORD CT 06114-3041

Re:    Loan No.: 15049021
       Property Address: 66 MONTOWESE ST
                         HARTFORD, CT 061140000

Your above-referenced mortgage loan was sold on December 18, 2013. It is now owned by National Bear Hill Trust.  U.S. Bank Trust National Association is the Trustee of the Trust. The sale does not change the terms of your loan or your contractual obligations as described in your mortgage loan documents. The contact information (**not for payments**) for *National Bear Hill Trust is:*

National Founders LP TTEE
PO Box 1073
Wilmington, DE 19899

An assignment of mortgage may be recorded in connection with the sale of your loan. If any such recording takes place, it will occur in the real property records of the county in which your mortgage was originally recorded.

The Trust does not service your mortgage loan.  All correspondence and inquiries concerning your mortgage loan should be addressed to the loan servicer.  The servicer has authority to act on the Trust's behalf with regard to the administration of your mortgage loan and respond to any questions about your mortgage loan.

The servicer of your mortgage loan has not changed and continues to be Green Tree Servicing LLC ("Green Tree").  Your loan servicer is authorized to receive all notices and to resolve issues regarding your mortgage loan including those relating to payments on your loan.  The contact information for Green Tree is:

Green Tree Servicing LLC
PO Box 6172
Rapid City, South Dakota 57709-6172
Attention: Customer Service
800-643-0202
(from 7:00 a.m. to 8:00 p.m. CST, Monday through Friday,
or 7:00 a.m. to 1:00 p.m. CST, on Saturday)

Sincerely,

Green Tree

BANKRUPTCY NOTICE: IF YOU ARE IN BANKRUPTCY OR HAVE RECEIVED A DISCHARGE IN BANKRUPTCY, THIS *INFORMATIONAL NOTICE IS NOT AN ATTEMPT TO COLLECT A DEBT.  THIS IS NOT AN ATTEMPT TO COLLECT OR RECOVER ANY DEBT AS YOUR PERSONAL OBLIGATION.*

Federal law may require that we disclose Green Tree is a debt collector.

NBHT01 V1
CRDTAX M1D
s358433

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT I

National Bear Hill Trust/Green Tree Servicing, LLC.,
Monthly Statement Billing 01/17/13

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com



relationships that work
# green tree

Green Tree Servicing LLC
Asset Receivables Management
7360 South Kyrene Road
Tempe, AZ 85283-4583
1-877-835-6465

**MONTHLY BILLING STATEMENT**
Statement Date 01/03/2014

| Account Number | 15049621 |
| --- | --- |
| Next Payment Due | 01/20/2014 |
| Amount Due | $47,553.34 |

+ 0461366 000004241 9GAL0 0065358
BRUNILDA VALLE CASTRO
66 MONTOWESE ST
HARTFORD CT 06114-3041

Payment address:
Green Tree
PO Box 94710
Palantine, IL 60094-4710



## Account Information

| | |
| --- | --- |
| Balance: | $47,553.34 |
| Property Address: | 66 MONTOWESE ST, HARTFORD, CT 06114 |
| Monthly Late Fee: | None |
| Interest Rate: | 0.00% |
| Interest Type: | None |
| Prepayment Penalty: | None |
| Date of Last Payment: | 09/09/2011 |

## Explanation of Amount Due

| | |
| --- | --- |
| Principal Due: | $45,731.68 |
| Interest Due: | $1,821.66 |
| Attorney Fees: | $0.00 |
| Court Costs: | $0.00 |
| Misc Fees and Costs: | $0.00 |
| Bad Check Charges: | $0.00 |
| Pre-Charge Off Expenses: | $0.00 |
| Post Charge Off Expenses: | $0.00 |
| Deficiency Balance Adjustments: | $0.00 |
| Transaction Surcharges: | $0.00 |
| Total to Bring Current: | $47,553.34 |

## Transaction Activity (01/03/2014 to 07/03/2013)

| Date | Description | Charges | Payments |
| --- | --- | --- | --- |
| | **** NO TRANSACTIONS TO REPORT **** | | |

## Past Payment Breakdown

| | Paid Last Month | Paid Year to Date |
| --- | --- | --- |
| Principal Amount: | ($0.00) | ($0.00) |
| Interest Amount: | ($0.00) | ($0.00) |
| Fees: | ($0.00) | ($0.00) |
| Total: | ($0.00) | ($0.00) |

---

**** Delinquency Information ****

Date of Delinquency: 09/15/2011
Your account may be reported to one or more credit bureaus, and may be reviewed for possible legal action. **To bring your account current, $47,553.34 is due.**
**Housing Counselor Information:** If you would like counseling or assistance, you can contact the following:
• U.S. Department of Housing and Urban Development (HUD): For a list of home ownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

*Recent Account Activity*

| Date | Description | Charges | Payments |
| --- | --- | --- | --- |
| | **** NO TRANSACTIONS TO REPORT **** | | |

**Please see back page for additional important information.**

☐ SC0190

## Important Information

If you do not receive your statement prior to your due date, you are still obligated to make timely payments. Payments are processed more efficiently when accompanied by a coupon. <u>Should you ever be without a statement, please make sure your account number is written on your check or money order and mail the payment to the remittance address listed on the front of this statement.</u> Payments made to locations other than those supplied on the front of this statement may cause a processing delay.

<u>Important Notice:</u> We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

<u>Please Note:</u> To tender payment in full satisfaction of this debt, please contact Customer Service for a payoff quote and forward remittance to the Payoff Checks address below.

### Credit Counseling Information

http://www.hud.gov/offices/hsg/sfh/hcc/fc/ and/or HOPE Hotline by calling 1-888-995-HOPE

### Other Important Information Regarding Your Account

**Payments - Regular Mail** (See "Payment Address" on the other side of this form.)

**Correspondence**
Green Tree
PO Box 6172
Rapid City, SD 57709-6172
Fax #: 1-866-870-9919
For Mortgage Loan Customers Only: Pursuant to RESPA and its implementing regulation, Qualified Written Requests, Notices of Error, and Requests for Information must be sent to: PO Box 6176, Rapid City, SD 57709-6176

**Customer Service:**
Customer.service@gtservicing.com
Phone #: 1-800-643-0202
TTY/TDD (hearing impaired) #: 1-800-855-2880
Hours:  Mon - Fri 7AM - 8PM CST
            Saturday 7AM - 1PM CST
Telephone calls may be monitored or recorded for quality assurance and training purposes.

**Bankruptcy Notices and Correspondence**
NOTICE: Send notices and correspondence related to any bankruptcy filing by you to:
Asset Receivables Management
Attn: Bankruptcy Department
7340 S. Kyrene Rd.
Tempe, AZ 85283

### Payoff Checks

Green Tree
Attn: Settlements L800
345 ST. Peter St.
St. Paul, MN 55102

**This communication is from a debt collector. It is an attempt to collect a debt and any information obtained will be used for that purpose.**

### Need to make your payment today?

**Pay By Phone**
Call 1-877-835-6465
Have your checkbook ready!

**Western Union Quick Collect**

| Payment Options | Code City | Code State |
|---|---|---|
| Same Day (current service) | GTsameday | MN |
| Next Day | GTnextday | MN |
| Second Day | GTseconday | MN |
| 1-800-325-6000 | | |

**Moneygram**
For a location near you,
Call 1-800-666-3947. Green Tree's receiver code is 0314 – Green Tree Servicing

relationships that work

# green tree

Detach and return this portion with remittance.
-Please make checks payable to Green Tree-
ACCOUNT NUMBER 15049621
Receipt of a personal check is authorization to collect payment electronically.

PAYMENT DUE DATE          01/20/2014
TOTAL PAYMENT DUE         $47,553.34

TOTAL ENCLOSED  $ [  ][  ][  ],[  ][  ][  ].[  ][  ]
                  Enter total amount of payment enclosed

GREEN TREE
PO BOX 94710
PALATINE, IL 60094-4710

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT J

VoD Request to Green Tree Servicng, LLC., 01/17/13

2nd AMENDED COMPLAINT
- 36

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

Dated:  January 17th, 2014

United States Postal Service Certified Mail
Number:  7012 3460 0001 8976 6981

c/o Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114

To: GREEN TREE
PO BOX 94710
Palatine, IL 60094

### Notice to Agent is Notice to Principle – Notice to Principle is Notice to Agent

Re: DEBT VALIDATION – Account: No. 15049621

To whom it may concern:

I have recently received a letter (dated Janury 3, 2014) regarding an alleged balance $47,553. I have been unsuccessful in the past but I'll attempt one more time. Could you please provide me with a validation of this account including the payment history, arrears, interest accrued, etc. that arrives at the above referenced figure?  I am particularly interested in who is the real party in interest regarding the alleged obligation. I will patently wait for your response by mail.

Respectfully,
*Brunilda ValleCastro*



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT K

VoD request to U.S. Bank Trust National Hill Trust: 01/25/13

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

United States Postal Service Certified Mail
Number:  7012 3460 0001 8976 6936

Dated:  January 25th, 2014

c/o Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114 (property)

To:  U.S. Bank Trust National Association
      300 Delaware Ave 9th Floor
      Wilmington, DE 19801
      (As trustee for National Bear Hill Trust)


Re: Debt Validation/Proof of Interest/Ownership

To whom it may concern,

        I have recently received a communication that you are in ownership/have an interest in my property – as trustee for National Bear Hill Trust – and that you may attempt to make a recordation of said purchase/interest/ownership in the county's recorder's office. If this is the case, can you please send me -

    ✓ Any documentation that verifies this purchase/interest/transaction.
    ✓ The legal name and correspondence of the individual(s) who can speak to this matter with first hand knowledge.
    ✓ The accounting and ledgering (arrears, interest, payment history, etc.) associated with account/alleged obligation for my review.

        Please understand that I am **extremely confused** by this development. Prior to making a qualified written request, **or in the alternative,** notifying proper state and federal authorities regarding my concern, I will patiently wait for your response by mail. Thank you in advance.

cordially,
*Brunilda ValleCastro*

PS – Was the underlying obligation associated with said alleged obligation securitized?

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT L

Gree Tree Servicing, LLC., - Communication: 01/27/14

2nd AMENDED COMPLAINT
- 38

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

# green tree

Green Tree
PO Box 6172
Rapid City, SD 57709-6172
Tel. 800-643-0202
Fax. 866-870-9919
GTServicing.com

January 27, 2014

BRUNILDA VALLE CASTRO
66 MONTOWESE ST
HARTFORD, CT 06114

**RE:** Account No. 150496214

Dear BRUNILDA VALLE CASTRO:

Green Tree Servicing LLC or its Affiliates ("Green Tree") received your correspondence regarding the above referenced loan on 01/22/14.  Your inquiry is currently under review.

We are in the process of retrieving and reviewing the loan and servicing files and other information on the subject matter in order to fully investigate your inquiry.  Once all the relevant documentation has been reviewed and the matter has been discussed with any relevant Green Tree personnel involved, we will provide you with a written response.  You can expect to receive the written response within sixty (60) business days from the date we received your correspondence.

If you have any questions or comments, please contact Customer Service at the above address.

Sincerely,

Green Tree Customer Service
Correspondence Dept.

/8LA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT M

National Bear Hill Trust/Green Tree Serving
Monthly Statement Billing: 02/03/14

2nd AMENDED COMPLAINT
- 39

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com



# green tree

relationships that work

Green Tree Servicing LLC
Asset Receivables Management
7360 South Kyrene Road
Tempe, AZ 85283-4583
1-877-835-6465

**MONTHLY BILLING STATEMENT**
Statement Date 02/03/2014

| Account Number | 15049621 |
|---|---|
| Next Payment Due | 02/18/2014 |
| Amount Due | $47,553.34 |

+ 0466563 000000446 9GALQ 0065358
BRUNILDA VALLE CASTRO
66 MONTOWESE ST
HARTFORD CT 06114-3041

Payment address:
Green Tree
PO Box 94710
Palantine, IL 60094-4710

## Account Information

| | |
|---|---|
| Balance: | $47,553.34 |
| Property Address: | 66 MONTOWESE ST, HARTFORD, CT 06114 |
| Monthly Late Fee: | None |
| Interest Rate: | 0.00% |
| Interest Type: | None |
| Prepayment Penalty: | None |
| Date of Last Payment: | 09/09/2011 |

## Explanation of Amount Due

| | |
|---|---|
| Principal Due: | $45,731.68 |
| Interest Due: | $1,821.66 |
| Attorney Fees: | $0.00 |
| Court Costs: | $0.00 |
| Misc Fees and Costs: | $0.00 |
| Bad Check Charges: | $0.00 |
| Pre-Charge Off Expenses: | $0.00 |
| Post Charge Off Expenses: | $0.00 |
| Deficiency Balance Adjustments: | $0.00 |
| Transaction Surcharges: | $0.00 |
| Total to Bring Current: | $47,553.34 |

## Transaction Activity (02/03/2014 to 08/03/2013)

| Date | Description | Charges | Payments |
|---|---|---|---|
| | **** NO TRANSACTIONS TO REPORT **** | | |

## Past Payment Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal Amount: | ($0.00) | ($0.00) |
| Interest Amount: | ($0.00) | ($0.00) |
| Fees: | ($0.00) | ($0.00) |
| Total: | ($0.00) | ($0.00) |

**\*\* Delinquency Information \*\***

Date of Delinquency: 09/15/2011
Your account may be reported to one or more credit bureaus, and may be reviewed for possible legal action. **To bring your account current, $47,553.34 is due.**
**Housing Counselor Information:** If you would like counseling or assistance, you can contact the following:
• U.S. Department of Housing and Urban Development (HUD): For a list of home ownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

*Recent Account Activity*

| Date | Description | Charges | Payments |
|---|---|---|---|
| | **** NO TRANSACTIONS TO REPORT **** | | |

**Please see back page for additional important information.**

relationships that work

green tree

☐ SX138

## Important Information

If you do not receive your statement prior to your due date, you are still obligated to make timely payments. Payments are processed more efficiently when accompanied by a coupon. **Should you ever be without a statement, please make sure your account number is written on your check or money order and mail the payment to the remittance address listed on the front of this statement.** Payments made to locations other than those supplied on the front of this statement may cause a processing delay.

**Important Notice:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please Note:** To tender payment in full satisfaction of this debt, please contact Customer Service for a payoff quote and forward remittance to the Payoff Checks address below.

## Credit Counseling Information

http://www.hud.gov/offices/hsg/sfh/hcc/fc/ and/or HOPE Hotline by calling 1-888-995-HOPE

### Other Important Information Regarding Your Account

**Payments - Regular Mail** (See "Payment Address" on the other side of this form.)

**Correspondence**
Green Tree
PO Box 6172
Rapid City, SD 57709-6172
Fax #: 1-866-870-9919
For Mortgage Loan Customers Only: Pursuant to RESPA and its implementing regulation, Qualified Written Requests, Notices of Error, and Requests for Information must be sent to:
PO Box 6176, Rapid City, SD 57709-6176

**Customer Service:**
Customer.service@gtservicing.com
Phone #: 1-800-643-0202
TTY/TDD (hearing impaired) #: 1-800-855-2880
Hours:  Mon - Fri 7AM - 8PM CST
            Saturday 7AM - 1PM CST
Telephone calls may be monitored or recorded for quality assurance and training purposes.

**Bankruptcy Notices and Correspondence**
NOTICE: Send notices and correspondence related to any bankruptcy filing by you to:
Asset Receivables Management
Attn: Bankruptcy Department
7340 S. Kyrene Rd.
Tempe, AZ 85283

### Payoff Checks

Green Tree
Attn: Settlements L800
345 ST. Peter St.
St. Paul, MN 55102

**This communication is from a debt collector. It is an attempt to collect a debt and any information obtained will be used for that purpose.**

### Need to make your payment today?

**Pay By Phone**
Call 1-877-835-6465
Have your checkbook ready!

**Western Union Quick Collect**

| Payment Options | Code City | Code State |
|---|---|---|
| Same Day (current service) | GTsameday | MN |
| Next Day | GTnextday | MN |
| Second Day | GTSeconday | MN |
| 1-800-325-6000 | | |

**Moneygram**
For a location near you,
Call 1-800-666-3947. Green Tree's receiver code is
0314 – Green Tree Servicing

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT N

U.S. Bank Trust National Response to VoD
REMIC Trust Brochure: 02/07/14

2nd AMENDED COMPLAINT
- 40

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com



All of **us** serving you®

EP-MN-WS3D
60 Livingston Avenue
St. Paul, MN 55107
February 7, 2014

Ms. Brunilda Valle Castro
66 Montowese St
Hartford, CT  06114

Re:      66 Montowese St, Hartford, CT  06114

Dear Ms. Valle Castro:

I am writing in response to your "Debt Validation/Proof of Interest/Ownership" Letter dated January 25, 2014 which was sent to U.S. Bank.  On behalf of U.S. Bank, I am happy to assist you with this matter to the extent I am able to provide information.

I have researched your address and have determined that U.S. Bank is merely the trustee for the Trust which owns the mortgage and note.  Please note the Trust is the owner of the mortgage and note, not the trustee.  The trustee does not have the authority to make decisions or take action regarding individual mortgage loans in the Trust.  The servicer is the party to the Trust that has the authority and responsibility to make decisions and take action regarding individual mortgage loans in the trust.  It is the servicer who has taken all action regarding this property, and is the responsible party you need to contact regarding this matter.

In order to address your issues, you must contact Green Tree Servicing LLC ("Green Tree") as the servicer for this property. I forwarded your correspondence on to them, and requested they respond to you and to U.S. Bank regarding this matter.  Green Tree has responded and assigned **Ms. Christy Anderson** as their representative with whom you can discuss your specific concerns.  **Ms. Anderson** can be reached directly at **1-800-643-0202 ext: 57223**.  If you have any difficulty making contact with Green Tree, please feel free to contact me again, so I can assist in getting you to the right party to address your concerns regarding this matter.

While U.S. Bank understands and wishes to assist you with this matter, the servicer is the only party with the authority and responsibility to make decisions and take actions regarding this property and they are not affiliated with U.S. Bank in any way.  I have included a brochure that further explains the roles of the servicer and trustee that I hope you find helpful.

Please work with Green Tree to address your concerns regarding this property. Please directly contact the representative provided to you in this letter, so they may assist you in a more timely and efficient manner.

Sincerely,

Michael Bengtson
Corporate Trust Services
60 Livingston Ave
St Paul, MN 55107
michael.bengtson@usbank.com

usbank.com

**U.S. BANK GLOBAL CORPORATE TRUST SERVICES**



Reports on the foreclosure challenges facing our country continue. There remains heightened interest and involvement from borrowers, elected officials, financial institutions and community organizations on the role of the trustee.

# Role of the Corporate Trustee
## Financial strength. Local expertise. Global reach.

It is estimated that some mortgage lenders securitized as much as 70-80% of their outstanding mortgages through the sale of Mortgage Backed Securities (MBS) in the capital markets. This process, the securitization of mortgage loans, goes back to the 1970s and has contributed to the availability and affordability of mortgage credit.

The combination of high foreclosure rates and high levels of mortgage backed securitization activity has many people attempting to understand the complex securitization process and identify the parties to the MBS transactions and their assigned responsibilities.

## Distinct Party Roles

Parties involved in a MBS transaction include the borrower, the originator, the servicer and the trustee, each with their own distinct roles, responsibilities and limitations.



# What is a Mortgage Backed Security?

**U.S. Bank as Trustee:**

As Trustee, U.S. Bank Global Corporate Trust Services performs the following responsibilities:

- Holds an interest in the mortgage loans for the benefit of investors
- Maintains investors/securities holder records
- Collects payments from the Servicer
- Distributes payments to the investors/ securities holder
- Does not initiate, nor has any discretion or authority in the foreclosure process
- Does not have responsibility for overseeing mortgage servicers
- Does not mediate between the servicer(s) and investors in securitization deals
- Does not manage or maintain properties in foreclosure
- Is not responsible for the approval of any loan modifications

All trustees for MBS transactions, including U.S. Bank, have no advance knowledge of when a mortgage loan has defaulted.

Trustees on MBS transactions, while named on the mortgage and on legal foreclosure documents, are not involved in the foreclosure process.

Residential and commercial property mortgages often are used to create Mortgage Backed Securities (MBS) by firms within the financial industry. Mortgage backed securities are financial instruments which represent an ownership in a group of mortgage loans, commonly referred to as pools, and the corresponding cash flows. Mortgage loans are purchased from banks, mortgage companies, and other originators and then assembled into pools by a governmental, quasi-governmental, or private entity, and then deposited into trusts which issue securities entitling the investors to all principal and interest payments made by borrowers on the loans in the pool. This process is known as securitization.

MBS securities are brought to market by the owner of a pool of mortgages, typically referred to as the sponsor, and the transaction is structured and sold by investment bankers. A sponsor may be the originator of the mortgages or, in many circumstances, an aggregator who both originates and purchases mortgage loans from smaller originating institutions. When a pool of sufficient size and diversification has been aggregated, the sponsor will engage the appropriate parties to structure, sell and administer the mortgage loans and trust on an ongoing basis.



# Who initiates and Manages a Foreclosure?

U.S. Bank, as trustee for thousands of securitization transactions involving many millions of mortgages, is often mentioned in media reports about foreclosures. While trustees are listed on mortgages, and therefore in legal documents as well, as the owner of record, its interest is solely for the benefit of investors. The trustee does not have an economic or beneficial interest in the loans and has no authority to manage or otherwise take action on the loans which is reserved for the servicer.

As noted, the trustee does not play a role in initiating or managing a foreclosure process and consequently has little, if any, information relating to mortgage loan activities including a foreclosure. Depending on the particular trust and pool, the trustee may have very limited information on either the borrower or the property.

The servicer, who is selected by the Sponsor of the trust, may have to foreclose on a property if the borrower (mortgagee) does not make payments as required by the mortgage documents. Any action taken by the servicer must maximize the return on the investment made by the "beneficial owners of the trust" -- the investors.

## Servicer vs Trustee Responsibilities

Appointed by the sponsor, the Servicer is the contractual party to the trust for the benefit of investors, and performs the following responsibilities:

- Collects payments from the borrower/mortgagee
- Maintains loan level detail
- Pays property taxes and insurance (if applicable)
- Calls a default for non-payment
- Forecloses on the mortgage and maintains the related property
- Modifies mortgage terms within limitations outlined by the provisions of the Pooling and Servicing Agreement relevant to a particular MBS transaction
- Maintains the physical property to comply with local housing codes

U.S. Bank Global Corporate Trust Services, as Trustee, is responsible and accountable to the investors or holders of the securities that the mortgages are pledged against as collateral for the duties set forth in the contracts governing the transaction. These duties are carefully detailed in the contracts and are limited to the responsibilities specifically accepted by the trustee.

## How Do I Obtain Information on a Specific Mortgage Loan?

To learn more about a foreclosed property, contact the servicer for the MBS transaction that holds the mortgage as collateral. The most effective way to identify the servicer for a specific mortgage is to ask the borrower (homeowner) who they make their monthly payment to or from whom they receive their monthly statements. The firm receiving the payments and sending statements is generally the servicer for the MBS transaction and can offer more details regarding a foreclosed property.

To ensure clarity of the various participants related to a foreclosure process with MBS transactions, U.S. Bank has taken two important actions. U.S. Bank has sent notices to servicers with whom they work on MBS transactions to reinforce the importance of properly identifying U.S. Bank as Trustee for the specific trust in all foreclosure actions and filings, complying with industry servicing practices and maintaining any foreclosures in accordance with applicable laws. Secondly, U.S. Bank established a dedicated toll-free (800) number to handle calls related to loans which identify U.S. Bank as Trustee. Our professional staff explains to callers the role of U.S. Bank as Trustee and also provides the information callers need to connect with the servicer who can best address their questions.

For more information about U.S. Bank and our role as trustee in MBS transactions, please call (800) 236-3488 between the hours of 8 a.m. and 5 p.m. central standard time Monday through Friday.



## Why not modify mortgage loans in default?

Borrowers agree, under the terms of their mortgage and note, that upon a payment default the lender or owner has the right to assume ownership of the property. Whether the servicer pursues a foreclosure or considers a modification of the loan, the goal is still to maximize the return to investors. Consideration of any loan modification is predicated on whether the trust documents allow modifications, the underwriting criteria applicable to the particular borrower's circumstances, and federal and state laws concerning loan modifications.

Regardless, the servicer is fully empowered to enter into modifications with borrowers so long as such actions comply with industry servicing practices, is allowed under the trust documents, maximizes the return to investors and complies with relevant laws.

**Additional Sources of Information:**
- American Bankers Association White Paper, The Trustee's Role in Asset-Backed Securities, dated November 9, 2010 (http://www.aba.com/Press+Room/110910RoleofATrustee.htm)
- The Trust Indenture Act of 1939

# Parties to a Mortgage Backed Securities Transaction

### Borrower

The person or entity responsible for the mortgage note and making principal and interest payments in accordance with the underlying mortgage documents.

### Investment Bank/Sponsor

Responsible for structuring the MBS transaction and selling the securities to investors.

### Investor

The buyer and owner of an MBS certificate or certificates.

### Originator

The financial institution or mortgage lender who originally initiates the mortgage agreement with the borrower.

### Servicer

Appointed by the sponsor and is a contractual party to the trust, to administer the mortgages loans and to collect monthly payments (e.g. principal/interest, tax, insurance). After collection, the servicer sends the funds to the trustee who then makes payment to the investors. If a borrower (mortgagee) does not make payments to the servicer as required by the mortgage documents, the servicer may have to foreclose on the property and provide property maintenance to maximize the return on the investment made by the "beneficial owners of the Trust" -- the investors. Some MBS transactions have more than one servicer. The servicer does not own the mortgages/collateral. The trustee does not designate the loan servicers, nor are the loan servicers agents of the trustee.

### Trust

Generally a special purpose entity, such as a Real Estate Mortgage Investment Conduit (REMIC), that is formed solely to hold the mortgage collateral and to issue the securities which are then sold to investors. The trust owns the pooled mortgages. The trust conducts no other business. Certificates issued by the trust represent a financial interest in a pool of mortgages owned by the trust and is the primary source of funds for payment of interest and principal due to the investors on certificates they own.

### Trustee

An independent party, responsible for administering the trust for the benefit of investors. While the trustee is listed as the owner of record, the trustee does not have an economic or beneficial interest in the loans. The trustee is the owner of the mortgage solely for the benefit of the investors in the mortgage backed securities, who are the true beneficial owners of the mortgages. The Trustee holds a security interest in the mortgaged property by having the mortgage loans assigned in the name of the trustee for the benefit of the trust (e.g. U.S. Bank as Trustee for the MBS Trust) or in the name of MERS, a Mortgage Electronic Recording System used by many of the largest financial institutions. The duties of the trustee are administrative in nature, are clearly spelled out in the MBS transaction documents, and generally are non-discretionary in nature.

For more information about U.S. Bank and our role as trustee in MBS transactions, please call (800) 236-3488 between the hours of 8 a.m. and 5 p.m. central standard time Monday through Friday.

All of us serving you®


usbank

usbank.com/corporatetrust

Investment and Insurance products are:

| NOT A DEPOSIT | NOT FDIC-INSURED | MAY LOSE VALUE | NOT GUARANTEED BY THE BANK | NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY |
| --- | --- | --- | --- | --- |

U.S. Bank is not responsible for and does not guarantee the products, services, performance or obligations of its affiliates.

R0T5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT O

Gree Tree Servicing, LLC., - Communication: 02/21/14

2nd AMENDED COMPLAINT
- 41

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

# green tree

P.O. Box 6172
Rapid City, SD 57709-6172
1-866-270-3285
Fax 1-866-870-9919
GTServicing.com

February 21, 2014

BRUNILDA VALLE CASTRO
66 MONTOWESE ST
HARTFORD CT 06114

RE: Green Tree Servicing LLC ("Green Tree") Account No. 15049621 - 4

Dear BRUNILDA VALLE CASTRO:

This letter is in response to your correspondence received regarding the above referenced account with Green Tree. Please be assured Green Tree takes your concerns very seriously.

In connection with the concerns outlined in your letter and in verification of your debt with the original creditor, we have obtained and are enclosing a copy of the Note that you signed. After reviewing the Note, if you still dispute the validity of your debt, please provide us with further detail in support of your assertion, including any available supporting documentation (e.g., affidavits, cancelled checks, police reports, etc.). This documentation should be mailed to the above address for further research and we will respond accordingly.

Should you require any additional assistance, please feel free to contact our Asset Receivables Management Department at (866) 270-3285 between the hours of 6:00 am – 7:00 pm Monday - Thursday and 6:00 am – 12:00 pm Friday MST.

Sincerely,

Green Tree
Asset Receivables Management

/ddb/41/ʏ

*This communication is from a debt collector. It is an attempt to collect a debt, and any information obtained will be used for that purpose.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT P

Gree Tree Servicing, LLC., - Communication: 04/17/14

2nd AMENDED COMPLAINT
- 42

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

green tree

April 17, 2014

Green Tree Servicing LLC
PO Box 6172
Rapid City, SD  57709-6172
Tel. 800-643-0202
Fax. 866-870-9919
GTServicing.com

CASTRO VALLE
66 MONTOWESE ST
HARTFORD, CT  06114

RE:  Account Number: 150496214

Dear CASTRO VALLE:

Green Tree Servicing LLC ("Green Tree") recently became aware of several attempts you made to change Green Tree's reporting on your above-referenced account.  Please be assured Green Tree makes every effort to ensure that information reported to credit agencies is current and accurate.

Therefore, as a courtesy and in a proactive attempt to resolve any issues you may have regarding the information Green Tree is providing to credit reporting agencies regarding your account, we request that you contact our Customer Service Department directly at 1-800-643-0202, Monday – Friday, 7:00 a.m. – 8:00 p.m. Central Time or on Saturday, 7:00 a.m. – 1:00 p.m. Central Time.  This is the quickest, most efficient way to resolve any issues you may have regarding the credit information being reported on your account.

Sincerely,

Green Tree
Customer Service

Credit Bureau Repeater Letter, 01/19/2012

LTR-122

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT Q
VoD Request to Green Tree Servicng, LLC.:04/28/14

2nd AMENDED COMPLAINT
- 4 3

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

Dated:  April 28th, 2014

United States Postal Service Certified Mail
7009 1410 0001 8783 8106

c/o Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114

Green Tree Servicing, LLC.
P.O. Box 6172
Rapid City, SD 57709

Re: Credit Reporting/ Further Debt Validation
     [Putative Acct: 150496214]

To whom it may concern,

    I have recently received a communication (dated April 17, 2014) regarding your claim as being duly authorized to collect on the above mentioned account number and subsequently report a tradeline in MY consumer report. If this is the case, can you please send me -

- ✓ Any documentation that verifies this authorization from the presumed lender/creditor.
- ✓ The legal name and correspondence of the individual(s) from the putative lender/creditor who can speak to this matter with first hand knowledge. [I want to speak to the lender!]
- ✓ The accounting and ledgering (arrears, interest, payment history, etc.) associated with account/alleged obligation for my review.
- ✓ Was the underlying obligation associated with said alleged obligation securitized?

    Please understand that I have made arduous attempts regarding the legal status of this alleged obligation already with no assistance forthcoming. I am attempting to affirmately identify who is who and am asking for requisite disclosures so that I may decide and discern what lawful obligations are dully owed and to whom are they allegedly owed. Prior to notifying proper state and federal authorities regarding my concern, I will patiently wait for your response by mail. Thank you in advance.

cordially,
*Brunilda ValleCastro*

PS – I further dispute this debt.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT R

VoD request to Nation Bear Hill Trust. 04/28/14

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

United States Postal Service Certified Mail
Number: 7009 1410 0001 8783

Dated: April 28th, 2014

c/o Brunilda ValleCastro
66 Montowese St.
Hartford, CT 06114 (property)
#15049621 (Putative loan)

To: Bear Hill Trust
      824 North Market Street, Suite 220
      Wilmington DE 19801

Re: Debt Validation/Proof of Interest/Ownership

To whom it may concern,

  I have recently received a communication that you are in ownership/have an interest in my property. and that you may attempt to make a recordation of said purchase/interest/ownership in the county's recorder's office. If this is the case, can you please send me -

- ✓ Any documentation that verifies this purchase/interest/transaction.
- ✓ The legal name and correspondence of the individual(s) from you company who can speak to this matter with first hand knowledge.
- ✓ The accounting and ledgering (arrears, interest, payment history, etc.) associated with account/alleged obligation for my review.

  Please understand that I am **extremely confused** by this development. Prior to making a qualified written request, **or in the alternative,** notifying proper state and federal authorities regarding my concern, I will patiently wait for your response by mail. Thank you in advance.

cordially,
*Brunilda ValleCastro*

PS – Was the underlying obligation associated with said alleged account securitized? I am attempting to affirmately identify who is who and am asking for requisite disclosures so that I may decide and discern what lawful obligations are dully owed and to whom are they allegedly owed.

1
2
3
4
5
6
7
8
9
10
11
12

# EXHIBIT S

Gree Tree Servicing, LLC., - Communication: 05/07/14

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2nd AMENDED COMPLAINT
- 45

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

# green tree

Green Tree
PO Box 6172
Rapid City, SD 57709-6172
Tel. 800-643-0202
Fax. 866-870-9919
GTServicing.com

May 7, 2014

BRUNILDA VALLE CASTRO
66 MONTOWESE ST
HARTFORD, CT 06114

**RE:** Account No. 150496214

Dear BRUNILDA VALLE CASTRO:

Green Tree Servicing LLC or its Affiliates ("Green Tree") received your correspondence regarding the above referenced loan on 05/02/14. Your inquiry is currently under review.

We are in the process of retrieving and reviewing the loan and servicing files and other information on the subject matter in order to fully investigate your inquiry. Once all the relevant documentation has been reviewed and the matter has been discussed with any relevant Green Tree personnel involved, we will provide you with a written response. You can expect to receive the written response within sixty (60) business days from the date we received your correspondence.

If you have any questions or comments, please contact Customer Service at the above address.

Sincerely,

Green Tree Customer Service
Correspondence Dept.

/8LA

1

2

**CERTIFICATE OF SERVICE**

3  I certify that a copy of the foregoing was provided by US Mail to Amy Hacket, of McCarter & English, LLP-MA at 265 Franklin Street Boston, MA 02110 this 5th day of February 2015.

4

5

6  I certify that a copy of the foregoing was provided by US Mail to Jonathan Elliot of Zeldes, Needle and Coope, PC 1000 Lafayette Blvd., Suite 500 PO Box 1740 Bridgeport Ct 06601

7

8

9  **NOTARY'S VERIFICATION**

10  **STATE OF CONNECTICUT**                            §
     **COUNTY OF HARTFORD**                             §

11

12          On this day personally came before me the above-named Affiant, who proved her identity to my satisfaction and she acknowledged her signature on this Affidavit in my presence and stated that she did so fully understanding that she was subject to the penalties of perjury.

13

14

15  Nelson Valle

16

17  Name of Notary: Lori J Magora

18

19  Signature of Notary: Lori J Magora

20  My Commission Expires: 9-30-2015

21

22                                          **NOTARY PUBLIC**

23

24

25

26

27

28  2nd AMENDED COMPLAINT
     - 67

                                          Brunilda ValleCastro/Nelson Valle
                                          c/o 66 Montowese St.
                                          Hartford, CT 06114
                                          +305.791.8959 phone
                                          rvx22@live.com