UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2015 MAY -6  A 10: 56
US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| BRUNILDA VALLECASTRO, | CASE NO: 3:13cv1441-SRU |
| Plaintiff(s), | ORAL ARGUMENTS ON DEFENDANTS GREEN TREE, NATIONAL BEAR HILL TRUST AND JACK KENDRICK MOTION TO DISMISS NOT REQUESTED |
| v. | |
| TOBIN, MELIEN & MAROHN, *et al.* | |
| Defendant(s). | MAY 6th, 2014 |

TO THE HONORABLE JUDGE OF SAID COURT,

The Plaintiffs did not indicate in their opposition response that they **do not** want to argue the motion as requested by defendants GT, NBHT and Kendrick by way of their attorney Hackett. ValleCastro, has sustained lower back and hip related issue requiring medical attention and has recently been immobilized and unable to get out of bed. In furtherance, travel to New Haven Connecticut may present difficulties responsive to reliable transportation. The Plaintiffs are aware that there exists several items before the Honorable Court, however, an oral argument on these issues may present complications for the Plaintiffs. Certainly, the Plaintiffs are aware that it is at the discretion and final say of the Court to determine how best to adjudge the matters before them.

Respectfully submitted,

[signatures]

NOTICE - 1

Nelson and Bruni Valle (Castro)
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was provided by US Mail to Amy Hacket, of McCarter & English, LLP-MA at 265 Franklin Street Boston, MA 02110 this 6th day of May 2015.

*[signature]*

I certify that a copy of the foregoing was provided by US Mail Zeldes, Needle and Cooper, PC 1000 Lafayette Blvd., Suite 500 PO Box 1740 Bridgeport Ct 06601 his 6th day of May 2015.

*[signature]*

## NOTARY'S VERIFICATION

**STATE OF CONNECTICUT**                §
**COUNTY OF HARTFORD**                  §

On this day personally came before me the above-named Affiant, who proved her identity to my satisfaction and she acknowledged her signature on this Affidavit in my presence and stated that she did so fully understanding that she was subject to the penalties of perjury.

*[signature]*
Brunilda ValleCastro

Name of Notary: Lori J. Magora

Signature of Notary: *[signature]*

My Commission Expires: 9.30.2015

**NOTARY PUBLIC**

NOTICE
- 2

Nelson and Bruni Valle (Castro)
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com