# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**BRUNILDA VALLECASTRO, ET AL.,**

V.

**TOBIN, MELIEN &AMP; MAROHN, ET AL.,**

## SUMMONS IN A CIVIL CASE

CASE NUMBER: **3:13−CV−01441−SRU**

TO: **William L. Marohn**
Defendant's Address:

*45 Court Street*
*New Haven, CT 06511*

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Brunilda ValleCastro and Nelson Valle**
**66 Montowese Street**
**Hartford, CT 06114**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ − B. Grady
―――――――――――――――――――
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2015−04−29 15:16:24.0**, Clerk
USDC CTD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __William E. Marohn__
was received by me on *(date)* __5-1-15__

FILED
2015 MAY -6 A 11:09
US DISTRICT COURT
HARTFORD CT

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☒ Other *(specify)* __U.S Certified Mail__
_____
_____

My fees are $ __50__ for travel and $ __0__ for services, for a total of $ __50.00__

I declare under penalty of perjury that this information is true.

Date: __5-1-15__

__Linda Diaz__
Servers signature

__Linda Diaz__
Printed name and title

__90 S. Whitney St__
Servers address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**BRUNILDA VALLECASTRO, ET AL.,**

V.

**TOBIN, MELIEN &AMP; MAROHN, ET AL.,**

## SUMMONS IN A CIVIL CASE

CASE NUMBER: **3:13−CV−01441−SRU**

TO: **Kathleen A. Johnson**
Defendant's Address:

*45 Court Street*
*New Haven CT, 06511*

A lawsuit has been filed against you.

    Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Hartford, CT 06114**
**66 Montowese Street**
**Hartford, CT 06114**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ − B. Grady
_____
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2015−04−29 15:18:16.0**, Clerk
USDC CTD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* KATHLEEN A. JOHNSON
was received by me on *(date)* 5-1-15

FILED
2015 MAY -6 A 11: 09
US DISTRICT COURT
HARTFORD CT

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)* U.S Certified Mail

My fees are $ 50 for travel and $ 0 for services, for a total of $ 50.00

I declare under penalty of perjury that this information is true.

Date: 5-1-15

*Linda Diaz*
Servers signature

Linda Diaz
Printed name and title

90 S. Whitney St
Servers address

Additional information regarding attempted service, etc: