UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUNILDA VALLECASTRO, *et al.* | CASE NO:3:13cv1441-SRU |
| Plaintiff(s), | PLAINTIFFS MOTION FOR A CONTINUANCE |
| v. | |
| TOBIN, MELIEN & MAROHN, *et al.* | |
| Defendant(s). | FEBRUARY 25th, 2016 |

FILED
2016 FEB 25  P 3:30
US DISTRICT COURT
HARTFORD CT

ValleCastro ("Plaintiffs"), hereby move for an extension of THIRTY (30) days, up through and including March 26th 2016. In support of this motion, the Plaintiffs affirm that attending a hearing in Bridgeport, CT on or February 26th 2016 responsive to the Court's hearing notice will cause an insurmountable burden on the Plaintiffs.

For good cause the Plaintiffs' affirm that they are non-drivers and do not have reliable means of transportation to Bridgeport. Neither are they familiar whatsoever with that area having dully filed in Hartford. Accordingly, the Plaintiffs' request a minimum of a 30 day continuance to retain competent counsel to attend to these matters. This is the Plaintiffs' first said request. The Plaintiffs have conferred with counsels of record and Green Tree Servcing, LLC., and National Bear Hills Trust **objected** and the Tobien, Melien and Marohn defendants **were unresponsive** and accordingly ValleCastro was not successful in illiciting a response. However, they were informed nonetheless so as to avoid the unnecessary expenditure of time, arrangements, etc.

*Relief Requested,* includes an ORDER that the Court grant Plaintiffs a continuance of at least THIRTY (30) days, up through and including March 26th, 2016.

Respectfully

*Brunilda Valle Castro* (signature)

PLAINTIFFS' MOTION FOR A CONTINUANCE - 1

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

## AFFIDAVIT IN SUPPORT OF CONTINUANCE

For My Cause, I, Brunilda ValleCastro state that, I am over 18 years of age and of sound mind having been dully sworn, stating here of my own personal knowledge that:

1. I are non-driver without reliable means to reach Bridgeport Connecticut nor am I familiar with that city of Bridgeport.
2. I am seeking assistance of competent counsel to be retained and require the additional time requested to achieve that end.
3. This request has not interposed for any improper purpose, such as to harass the defendants, cause unnecessary delay to the defendant, or create a needless increase in the cost of litigation to the defendants.
4. I have filed this Complaint in good faith and solely for the purposes set forth in it.

## AFFIRMATION

I hereby affirm that I prepared and have read this Affidavit and that I believe the foregoing statements in this Affidavit to be accurate. I hereby further affirm that the basis of knowledge of the statements described herein is of my own direct knowledge. Pursuant to the laws of Connecticut and/or 28 U.S.C. § 1746(2), I, Brunilda ValleCastro, hereby declare (or certify, verify or state) under the penalty of perjury that the foregoing is true and correct. Further the Affiant sayeth naught. Signed in Hartford, Connecticut February 25th, 2016.

*[signature]*

## NOTARY'S VERIFICATION

STATE OF CONNECTICUT §
COUNTY OF HARTFORD §

On this day personally came before me the above-named Affiant, who proved her identity to my satisfaction and she acknowledged her signature on this Affidavit in my presence and stated that she did so fully understanding that she was subject to the penalties of perjury.

*[signature]*
Brunilda ValleCastro

Name of Notary: Lori J. Magara

Signature of Notary: *[signature]* Lori J Magara

My Commission Expires: 9-30-2020

PLAINTIFFS' MOTION FOR A CONTINUANCE
- 2

Brunilda ValleCastro/Nelson Valle
c/o 66 Montowese St.
Hartford, CT 06114
+305.791.8959 phone
rvx22@live.com

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was provided via CM/ECF or otherwise furnished electronically via email to Michael Carbone and Sabato Pellegrino on this 25th day of February 2016 at there email of record.

_____
Brunilda ValleCastro

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was provided via CM/ECF or otherwise furnished electronically via email to Amy Hackett and Shawn Smith on this 25th day of February 2016 at there email of record.

_____
Brunilda ValleCastro

**NOTARY'S VERIFICATION**

**STATE OF CONNECTICUT**           §
**COUNTY OF HARTFORD**             §

On this day personally came before me the above-named Affiant, who proved her identity to my satisfaction and she acknowledged her signature on this Affidavit in my presence and stated that she did so fully understanding that she was subject to the penalties of perjury.

_____
Brunilda ValleCastro

Name of Notary: Lori J. Magora

Signature of Notary: Lori J Magora

My Commission Expires: 9 30 2022                **NOTARY PUBLIC**

PLAINTIFFS' MOTION FOR A CONTINUANCE                Brunilda ValleCastro/Nelson Valle
- 3                                                  c/o 66 Montowese St.
                                                     Hartford, CT 06114
                                                     +305.791.8959 phone
                                                     rvx22@live.com