UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| BRUNILDA VALLECASTRO, et al | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 3:13-CV-01441-SRU |
| TOBIN, MELIEN & MAROHN, et al., | ) | |
| Defendants. | ) | |
|  | ) | FEBRUARY 26, 2016 |

**DEFENDANTS DITECH FINANCIAL LLC AND NATIONAL BEAR HILL TRUST'S
OBJECTION TO PLAINTIFFS' MOTION FOR A CONTINUANCE**

Defendants Ditech Financial LLC, formerly known as Green Tree Servicing LLC ("Ditech") and National Bear Hill Trust (the "Trust") (collectively, "Defendants") respectfully object to the Plaintiffs' Motion for a Continuance filed on February 25, 2016 [Dkt. No. 100.00] (the "Motion"), which seeks to continue the hearing in the above-captioned matter scheduled for February 26, 2016 at 3:00 p.m. (the "Hearing").[1]

Defendants can appreciate Plaintiffs' situation, as described in the Motion; however, Defendants submit that good cause does not exist to continue the Hearing.  This case has been pending for over two years, and the parties have had notice of the Hearing since January 25, 2016.  *See* Motion Day Calendar Notice.  Plaintiffs had ample opportunity to seek a continuance and retain counsel.  Yet they waited until the day before the Hearing to file their Motion. Plaintiffs offer no reason for their delay.

For the foregoing reasons, Plaintiffs' Motion for a Continuance of the Hearing should be denied.

---

[1] As set forth in the Motion Day Calendar Notice [Dkt. No. 93] (the "Motion Day Calendar Notice"), the Hearing also concerns the two related actions filed by Plaintiffs, *Valle v. Bendett & McHugh et al.*, Case No. 3:14-cv-1796 (SRU), and *Valle v. Torcia et al.*, Case No. 3:15-cv-1081(SRU).

Defendants

DITECH FINANCIAL LLC FORMERLY KNOWN AS GREEN TREE SERVICING LLC and NATIONAL BEAR HILL TRUST

By their attorneys,

*/s/ Amy B. Hackett*
Amy B. Hackett (admitted *pro hac vice*)
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
Tel: (617) 449-6567
Fax: (617) 607-9313
Email: ahackett@mccarter.com

Shawn Smith
Federal Bar No. CT28340
MCCARTER & ENGLISH, LLP
185 Asylum Street
CityPlace I, 36th Flr.
Hartford, CT 06103-3495
Tel: (860) 275-6794
Fax: (860) 724-3397
Email: shsmith@mccarter.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system and sent by first class mail to all non-registered parties. Parties may access this filing through the Court's CM/ECF system.

       /s/ Amy B. Hackett
       Amy B. Hackett